# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL TRIAL MINUTES

Phoenix Division

CIV: 08-2051-PHX-FJM          DATE: 5/27/2010
   Year   Case No.   Initials

TITLE: American Traffic Solutions, Inc.   vs.   Redflex Traffic Systems, Inc.

---

HON: FREDERICK J. MARTONE          Judge # 7028

| Kerry Reynolds | Linda Schroeder |
|---|---|
| Deputy Clerk | Court Reporter/ECR |

| **Attorney(s) for Plaintiff(s)** | **Attorney(s) for Defendant(s)** |
|---|---|
| Randy McClanahan | E. Jeffrey Walsh |
| Robert Espey II | Robert Mandel |
|  | Stacey Gottlieb |

---

**PROCEEDINGS:** XXX JURY TRIAL   __NON-JURY TRIAL   __VOIR DIRE   __JURY SWORN

Trial day # 6

9:00 a.m. Counsel are present as stated above. Also present are: James Tuton, Plaintiff Representative and Karen Finley, Defendant Representative. The jury is not present. Final jury instructions discussed. 9:02 a.m. The jury is now present. Plaintiff presents closing argument. 10:16 a.m. Recess.

10:36 a.m. Court reconvenes. The jury is present. Defendant presents closing argument. Plaintiff presents rebuttal closing argument. Jury is instructed. Two bailiffs sworn. 12:18 p.m. Recess for deliberations.

1:52 p.m. Court reconvenes. The jury is present. The Court has been advised that the Jury has reached a verdict. Verdicts in favor of Defendant are entered. Jury is polled. The Clerk shall enter judgment. The Court thanks the jury for their service. The jury admonition is lifted and the jury is excused. 2:01 p.m. Court adjourns.

LATER:

      IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the Jury Trial which concluded on May 27, 2010 are returned to respective counsel. Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.