Randy J. McClanahan; Texas State Bar No. 13391500; randy@mmellp.com
Michael D. Myers; Texas State Bar No. 00791331; mike@mmellp.com
Robert H. Espey, II; Texas State Bar No. 24007163; bob@mmellp.com
MCCLANAHAN • MYERS • ESPEY, L.L.P.
3355 West Alabama, Suite 210
Houston, TX 77098
Tel: (713) 223-2005
Fax: (713) 223-3664

*Attorneys for Plaintiff American Traffic Solutions, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Redflex Traffic Systems, Inc., et al,<br><br>Defendants. | Case No. 2:08-cv-2051-FJM<br><br>**AMERICAN TRAFFIC SOLUTIONS, INC.'S NOTICE OF APPEAL** |

Notice is hereby given that American Traffic Solutions, Inc. ("ATS"), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on May 28, 2010, and all adverse orders, rulings, decrees, opinions, and judgments leading up to or included within the Final Judgment (including, without limitation, the Order denying ATS's motion to disqualify entered March 20, 2009).

Dated: June 28th, 2010.

>MCCLANAHAN • MYERS • ESPEY, L.L.P.
>
> By /s/ Randy J. McClanahan
> Randy J. McClanahan
> Texas State Bar No. 13391500
> Michael D. Myers
> Texas State Bar No. 00791331
> Robert H. Espey, II
> Texas State Bar No. 24007163
> 3355 West Alabama, Suite 210
> Houston, TX 77098
> Tel: (713) 223-2005
> Fax: (713) 223-3664
> *Attorneys for American Traffic Solutions, Inc.*

**CERTIFICATE OF SERVICE**

This notice is served by electronic filing to all counsel of record on this 28th day of June, 2010.

>     /s/ Randy J. McClanahan

*Notice of appeal, page 2*