1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| American Traffic Solutions, Inc., | ) | NO.  CIV 08-02051 PHX FJM |
| Plaintiff, | ) | **TAXATION OF COSTS ORDER** |
| vs. | ) | |
| Redflex Traffic Systems, Inc., | ) | |
| Defendant. | ) | |

Final judgment having been entered, defendant filed  a  Bill of Costs on June 11, 2010  seeking the taxation of $187,110.75.  An objection to the Bill of Costs was filed on June 25, 2010 by plaintiff; a  reply was subsequently filed.  Defendant filed an Amended Bill of Costs on July 13, 2010.  The matter has been reviewed and costs have been awarded as follows:

       1.   <u>Service Fees</u> - The $2,289.38 claimed is awarded.

       2.   <u>Court Reporter Fees</u> - Pursuant to LRCiv 54.1(e)(2) of the $71,447.38, only $40,397.53 is awarded,

Inv. #090209-56928, dated 9/23/09 of the $2,493.50 claimed, only $2,100.50 is allowed.  Fees for interactive real-time is not allowed.

Inv. #090309-56931, dated 9/25/09 of the $1,052.50 claimed, only $917.50 is allowed.  Fees for interactive real-time is not allowed.

Inv. #101209-58553, dated 11/18/09 of the $910.50 claimed, only $681.50 is allowed.  Fees for interactive real-time and interactive real-time licensing are not allowed.

Inv. #101209-58554, dated 11/18/09 claiming $190.00 is allowed.

Inv. #102309-59210, dated 11/30/09 of the $1,064.40 claimed, only $799.40 is allowed.   Fees for interactive real-time and interactive real-time licensing are not allowed.

Inv. #102309-59211, dated 11/30/09 claiming $395.00 is allowed.

Inv. #102109-59202, dated 11/30/09 if the $1,630.40 claimed, only $1,227.40 is allowed.  Fees for interactive real-time and interactive real-time licensing are not allowed.

Inv. #102209-59206, dated 11/30/09 if the $2,211.65 claimed, only $1,684.15 is allowed.  Fees for interactive real-time and interactive real-time licensing are not allowed.

Inv. #102109-59203, dated 11/30/09 claiming $290.00 is allowed.

Inv. #102209-59207, dated 11/30/09 claiming $895.00 is allowed.

Inv. #6063543192, dated 12/24/09 of the 2,790.41 claimed, $0 is allowed (insufficient supporting documentation).

Inv. #6063556657, dated 12/29/09 of the $3,647.35 claimed, $0 is allowed (insufficient supporting documentation).

Inv. #6063859804, dated 01/08/10 of the $4,833.57 claimed, only $3,101.17 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #6063859803, dated 01/08/10 of the $3,721.41 claimed, only $2,470.91 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #111209-70596, dated 01/27/10 of the $1,487.75 claimed, only $1,197.25 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #111209-70597, dated 1/27/10 claiming $825.00 is allowed.

Inv. #6064022046, dated 01/28/10 of the $1,222.83 claimed, only $747.13 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #6063923512, dated 01/28/10 of the $1,032.03 claimed, only $650.13 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #6064022048, dated 01/28/10 of the $834.73 claimed, only $566.73 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #6064022041, dated 01/28/10 of the $4,633.87 claimed, only $3,232.03 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #6064022042, dated 01/28/10 of the $1,952.58 claimed, only $1,168.68 is allowed.  Real-time connection and expedite fees are not allowed.

Inv. #120309-70976, dated 2/10/10 of the $4,131.40 claimed, only $2,521.40 is allowed.  Daily transcript, interactive real-time, and interactive real-time licensing fees are not allowed.

Inv. #12309-70977, dated 2/10/10 claiming $1,990.00 is allowed.

Inv. #120409-70981, dated 2/10/10 claiming $1,365.00 is allowed.

Inv. #120409-70980, dated 2/10/10 of the $3,872.90 claimed, only $2,196.90 is allowed.  Daily transcript, interactive real-time, and interactive real-time licensing fees are not allowed.

Inv. #120909-71845, dated 3/12/10 claiming $790.00 is allowed.

1   Inv. #120909-71844, dated 3/12/10 of the $2,889.05 claimed, only

2   $1,641.80 is allowed.  Two-day transcript, interactive real-time, and

3   interactive real-time licensing fees are not allowed.

4   Inv. #090209-72267, dated 3/25/10 claiming $1,040.00 is allowed.

5   Inv. #113009-72324, dated 3/31/10 claiming $1,665.00 is allowed.

6   Inv. #113009-72323, dated 3/31/10 of the $4,857.45 claimed, only

7   $3,513.95 is allowed.  Expedited transcript, interactive real-time, and

8   interactive real-time licensing fees are not allowed.

9   Inv. #011410-81215, dated 4/19/09 claiming $165.00 is allowed.

10  Inv. #011410-81214, dated 4/19/10 of the $705.00 claimed, only

11  $369.00 is allowed.  Daily transcript, interactive real-time, and

12  interactive real-time licensing fees are not allowed.

13  Inv. #20100084, dated 06/02/10 of the $1,853.50 claimed, $0 is

14  allowed (trial transcript not ordered by the Court).

15  Inv. #00001316, dated 06/09/10 of the $6,009.10 claimed, $0 is

16  allowed (trial transcript not ordered by the Court).

17  3.   Printing Fees - Pursuant to LRCiv 54.1(e)(5) of the $87,029.31 claimed

18  (Bill of Costs Exhibit C) for fees and disbursement for printing only

19  $26,676.56 is allowed.

20  Bill of Cost Exhibit C - The $374.96 claimed for PACER usage fees is not

21  allowed.  PACER fees are not a taxable cost.

22  Inv. #47861, dated 7/13/09, of the $813.20 claimed, only $340.99 is

23  allowed (file conversion or mid-level tech time is not allowed).

24  Inv. #47924, dated 7/16/09, of the $1,218.12 claimed, only $522.04 is

25  allowed (file conversion is not allowed).

26  Inv. #4?, dated 7/27/09, of the $406.69 claimed, only $105.98 is allowed

27  (scanning, OCR, master CD-ROM are not allowed).

28

Inv. #48020, dated 7/28/09, of the $899.73 claimed, only $240.24 is allowed (scanning, OCR, mid-level tech time and master CD-ROM are not allowed).

Inv. #48046, dated 7/29/09, of the $194.47 claimed, only $4.55 is allowed (scanning, mid-level tech time and master CD-ROM are not allowed).

Inv. #48053, dated 7/29/09, of the $166.02 claimed, only $55.34 is allowed (scanning is not allowed).

Inv. #480571, dated 7/30/09, of the $125.82 claimed, $0 is allowed (master CD-ROM and mid-level tech time are not allowed).

Inv. #48083, dated 7/31/09, of the $190.81 claimed, only $31.69 is allowed (scanning, OCR, mid-level tech time and master CD-ROM are not allowed).

Inv. #48084, dated 7/31/09, of the $144.771 claimed, only $17.13 is allowed (scanning, OCR, mid-level tech time and master CD-ROM are not allowed).

Inv. #48104, dated 8/3/09, of the $108.77 claimed, only $11.07 is allowed (scanning, OCR, mid-level tech time and master CD-ROM are not allowed).

Inv. #48278, dated 8/19/09, of the $3,877.25 claimed, only $3,687.25 is allowed mid-level tech time is not allowed).

Inv. #48382, dated 8/26/09, of the $641.18 claimed, only $397.09 is allowed (mid-level tech time and view binders are not allowed).

Inv. #48387, dated 8/26/09, of the $602.39 claimed, only $164.53 is allowed (scanning, file conversion, OCR, master CD-ROM are not allowed).

Inv. #48413, dated 8/27/09, of the $21.66 claimed, $0 is allowed (master CD-ROM is not allowed).

Inv. #48710, dated 9/21/09, of the $222.06 claimed, only $50.10 is allowed (scanning, image endorsing and master CD-ROM are not allowed).

Inv. #48779, dated 9/25/09, of the $76.64 claimed, only $9.81 is allowed (scanning, image endorsing, OCR, mid-level tech time and master CD-ROM are not allowed).

Inv. #48907, dated 10/6/09, of the $168.23 claimed, only $31.92 is allowed (scanning and Master CD-ROM are not allowed).

Inv. #49137, dated 10/22/09, of the $328.40 claimed, only $113.78 is allowed (Bates number capture, file conversion, OCR, mid-level tech time and master CD-ROM are not allowed).

Inv. #49264, dated 10/31/09, of the $81.53 claimed, $0 is allowed (scanning, Bates number capture, image endorsing, file conversion, OCR, and master CD-ROM are not allowed).

Inv. #49271, dated 10/31/09, of the $2,697.71 claimed, $0 is allowed (scanning, Bates number capture, file conversion, OCR, master DVD, and DVD duplication are not allowed).

Inv. #49274, dated 10/31/09, of the $573.70 claimed, only $186.62 is allowed (image endorsing, file conversion, coding services, OCR, mid-level tech time, master CD-ROM, and tabs are not allowed).

Inv. #449264, dated 10/31/09, of the $81.53 claimed, $0 is allowed (scanning, Bates number capture, image endorsing, file conversion, OCR, and master CD-ROM are not allowed).

Inv. #1263R, dated 11/5/09, of the $349.16 claimed, $0 is allowed (scanning, designation endorsing, Bates reconciliation and CDs are not allowed).

Inv. #49346, dated 11/6/09, of the $149.15 claimed, $0 is allowed (image endorsing, OCR, mid-level tech time, master CD-ROM, and CD-ROM duplication are not allowed).

1   Inv. #49399, dated 11/11/09, of the $416.45 claimed, $0 is allowed (image
2   endorsing, OCR, mid-level tech time, master CD-ROM, and CD-ROM
3   duplication are not allowed).

4   Inv. #49526, dated 11/18/09, of the $443.00 claimed, $0 is allowed
5   (scanning, image endorsing, file conversion, OCR, mid-level tech time, and
6   master DVD are not allowed).

7   Inv. #49538, dated 11/19/09, of the $128.07 claimed, $0 is allowed (file
8   conversion, OCR, mid-level tech time, master CD-ROM, CD-ROM
9   duplication, and shipping are not allowed).

10  Inv. # 49542, dated 11/19/09 claiming $49.90 is allowed.

11  Inv. #49584, dated 11/23/09, of the $64.98 claimed, $0 is allowed (master
12  CD-ROM, and CD-ROM duplication are not allowed).

13  Inv. #49591, dated 11/24/09, of the $987.71 claimed, $0 is allowed
14  (scanning, image endorsing, OCR, master CD-ROM, and CD-ROM
15  duplication are not allowed).

16  Inv. #49633, dated 11/25/09, of the $247.01 claimed, $0 is allowed (OCR,
17  mid-level tech time, master CD-ROM, master DVD, and shipping are not
18  allowed).

19  Inv. #49647, dated 11/30/09, of the $3,528.89 claimed, only $3,528.89 is
20  allowed (mid-level tech time, high-level tech time, and view binders are not
21  allowed).

22  Inv. #49661, dated 11/30/09, of the $537.74 claimed, only $326.33 is
23  allowed (scanning, view binders and labels are not allowed).

24  Inv. #49742, dated 12/4/09, of the $95.51 claimed, only $84.68 is allowed
25  (CD-ROM duplication is not allowed).

26  Inv. #49770, dated 12/8/09, of the $214.38 claimed, only $58.68 is allowed
27  (image endorsing, file conversion, OCR, mid-level tech time, master CD-
28  ROM, and CD-ROM duplication are not allowed).

1  Inv. #49827, dated 12/10/09, of the $243.05 claimed, only $79.60 is

2  allowed (image endorsing, OCR, mid-level tech time, master CD-ROM,

3  CD-ROM duplication, tabs and redweld are not allowed).

4  Inv. #49828, dated 12/10/09, of the $32.49 claimed, $0 is allowed (master

5  CD-ROM, and CD-ROM duplication are not allowed).

6  Inv. #49857, dated 12/14/09, of the $583.46 claimed, only $498.98 is

7  allowed (view binder and redweld are not allowed).

8  Inv. #50011, dated 12/24/09, of the $38.90 claimed, $0 is allowed

9  (scanning, Bates number capture, OCR, and master CD-ROM are not

10  allowed).

11  Inv. #50051, dated 12/30/09, of the $887.39 claimed, only $461.53 is

12  allowed (scanning, tabs, drilling, and view binders are not allowed).

13  Inv. #50054, dated 12/30/09, of the $21.66 claimed, $0 is allowed (drilling

14  is not allowed).

15  Inv. #50174, dated 1/11/10, of the $377.57 claimed, $0 is allowed

16  (scanning, image endorsing, OCR, master CD-ROM, and CD-ROM

17  duplication are not allowed).

18  Inv. #50187, dated 1/11/10 claiming $304.40 is allowed.

19  Inv. #50163, dated 1/11/10, of the $73.21 claimed, $0 is allowed (scanning,

20  image endorsing, OCR, and delivery are not allowed).

21  Inv. #50164, dated 1/11/10, of the $244.64 claimed, only $184.80 is

22  allowed (tabs and view binders are not allowed).

23  Inv. #50265, dated 1/15/10, of the $234.15 claimed, $0 is allowed

24  (scanning, image endorsing, OCR, mid-level tech time, master CD-ROM,

25  and CD-ROM duplication are not allowed).

26  Inv. #50286, dated 1/20/10 the $61.10 claimed is allowed.

27

28

Inv. #50324, dated 1/21/10, of the $106.03 claimed, $0 is allowed (scanning, Bates number capture, file conversion, OCR, mid-level tech time, and delivery are not allowed).

Inv. #50361, dated 11/26/10, of the $181.87 claimed, only $131.40 is allowed (tabs and view binder are not allowed).

Inv. #50362, dated 1/26/10, of the $38.25 claimed, only $34.57 is allowed (tabs are not allowed).

Inv. #50371, dated 1/26/10, of the $2,302.89 claimed, only $2,112.82 is allowed (tabs and view binder are not allowed).

Inv. #50624, dated 12/15/10, of the $454.07 claimed, only $199.99 is allowed (tabs and view binders are not allowed).

Inv. #50760, dated 2/25/10 claiming $77.02 is allowed.

Inv. #50781, dated 2/26/10, of the $358.09 claimed, $0 is allowed (scanning, Bates number capture, OCR, and delivery are not allowed).

Inv. #50823, dated 3/2/10, of the $1,003.38 claimed, only $586.83 is allowed (file conversion, OCR, mid-level tech time, CD-ROM duplication, delivery, and tabs are not allowed).

Inv. #50914, dated 3/10/10, of the $25.18 claimed, only $11.37 is allowed (tabs are not allowed).

Inv. #50960, dated 3/15/10 claiming $32.45 is allowed.

Inv. #50107, dated 3/18/10 claiming $262.91 is allowed.

Inv. #51012, dated 3/18/10, of the $133.28 claimed, only $111.90 is allowed (binders and tabs are not allowed).

Inv. #51263, dated 4/8/10, of the $78.02 claimed, $0 is allowed (file conversion, OCR, mid-level tech time, and delivery are not allowed).

Inv. #51371, dated 4/16/10, of the $2,231.36 claimed, only $1,766.36 is allowed (high-level tech time is not allowed).

1    Inv. #51539, dated 4/29/10, of the $553.52 claimed, only $454.86 is

2    allowed (view binders and tabs are not allowed).

3    Inv. #51540, dated 4/29/10, of the $6,325.17 claimed, only $4,632.77 is

4    allowed (mid-level tech time, master CD-ROM, CD-ROM duplication, tabs,

5    and view binders are not allowed).

6    Inv. #51566, dated 4/30/10, of the $6,115.96 claimed, only $4,652.29 is

7    allowed (insertion document slipsheets, and CD-ROM duplication, tabs,

8    and view binders are not allowed).

9    The following are listed in defendant's Bill of Cost, Exhibit C (Doc. 323-2)

10   and are not allowed due to insufficient documentation of costs being

11   claimed:

12   Pg. 5 of 41

13       On 7/8/09 claiming $414.01 is not allowed,

14       On 7/14/09 claiming $309.40 is not allowed,

15   Pg. 6 of 41

16       On 8/6/09 claiming $56.50 is not allowed,

17   Pg. 12 of 41

18       On 11/28/09 claiming $53.94 is not allowed,

19   Pg. 21 of 41

20       On 1/19/10 claiming $14.90 is not allowed,

21   Pg. 38 of 41

22       On 5/3/10 claiming $1,147.97 is not allowed,

23       On 5/4/10 claiming $972.03 is not allowed,

24       On 5/5/10 claiming $1,900.23 is not allowed,

25       On 5/6/10 claiming $2,355.10 is not allowed,

26   Pg. 39 of 41

27       On 5/7/10 claiming $598.98 is not allowed,

28       On 5/10/10 claiming $442.03 is not allowed,

1        On 5/10/10 claiming $1,568.64 is not allowed,

2    Pg. 40 of 41

3        On 5/18/10 claiming $331.32 is not allowed,

4    Pg. 41 of 41

5        On 5/25/10 claiming $2,687.37 is not allowed.

6    Pursuant to LRCiv 54.1(e)(5),of the $28,012.20 claimed for black and white

7    copies in defendants Bill of Costs, Exhibit C (Doc. 323-4) pages 1-58, $0 is

8    allowed (Copies for convenience of counsel are not taxable costs).

9    Pursuant to LRCiv 54.1(e)(5),of the $1,583.00 claimed for color copies in

10   defendants Bill of Costs, Exhibit C (Doc. 323-4) pages 1-58, $0 is allowed

11   (Copies for convenience of counsel are not taxable costs).

12   Pursuant to LRCiv 54.1(e)(5),of the $90.00 claimed in defendants Bill of

13   Costs, Exhibit C (Doc. 323-4) pages 1-58 for spiral binding, velo binding,

14   and 3 hole punching, $0 is allowed (spiral binding, velo binding, and 3 hole

15   punching are not taxable costs).

16   4.    Witness Fees - The $3,762.13 claimed for witness fees is awarded.

17   5.    Copy Fees - Pursuant to LRCiv 54(e)(5) the $21,582.55 is not allowed.

18        Inv. #454792, dated 05/31/10 claiming $21,582.55 is not allowed.  The

19        costs associated with Redflex's audio-visual presentation during trial are

20        not taxable costs.

21        IT IS ORDERED that $73,125.60 be taxed by the Clerk for the defendant  and

22   made part of the judgment.

23        IT IS FURTHER ORDERED that defendant's Amended Bill of Costs is denied as

24   untimely.

25

26        DATED this 22nd day of July, 2010.

27

28                                          RICHARD H. WEARE, CLERK

Michael O'Brien
Chief Deputy Clerk

- 11 -

1                      By:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28