# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc.     ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **AMENDED** |
| Plaintiff     ) | |
| ) | CV 08-2051-PHX-FJM |
| v.     ) | |
| ) | |
| Redflex Traffic Systems, Inc.     ) | |
| ) | |
| Defendant(s)     ) | |

__XX__   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury Verdict of May 27, 2010, Judgment is entered in favor of Defendant Redflex Traffic Systems, Inc. in the amount of $73,125.60 and against the Plaintiff. Plaintiff shall take nothing by way of the complaint. The complaint and this action are hereby dismissed.

July 26, 2010

RICHARD H. WEARE
District Court Executive/Clerk

 s/Tammy Johnson
By: Deputy Clerk