**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

E. Jeffrey Walsh, WalshJ@gtlaw.com, SBN 009334
Robert A. Mandel, MandelR@gtlaw.com, SBN 022936
Frank G. Long, LongF@gtlaw.com, SBN 012245
Stacey F. Gottlieb, GottliebS@gtlaw.com, SBN 015084
*Attorneys for Defendant Redflex Traffic Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| American Traffic Solutions, Inc., *Plaintiff,* vs. Redflex Traffic Systems, Inc., *Defendant.* | Case No. 2:08-CV-02051-PHX-FJM **DEFENDANT'S AMENDED MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS** (Assigned to the Honorable Frederick J. Martone) |

Defendant Redflex Traffic Systems, Inc. ("Redflex"), the prevailing party in this action, respectfully amends its Motion for Attorneys' Fees and Non-Taxable Costs [Dkt. 322], filed June 11, 2010 pursuant to Fed.R.Civ.P. 54(d)(2) and LRCiv 54.2(b)(1) of the Local Rules of Practice of the United States District Court for the District of Arizona. Redflex files this Amended Motion to reflect the actual amounts of fees and costs it seeks, as stated in the Affidavit of E. Jeffrey Walsh in Support of Redflex Traffic Systems, Inc.'s Motion for Attorneys' Fees and Non-Taxable Costs And Memorandum of Points and Authorities, dated July 27, 2010, at page 12, paragraph 16. [Dkt. 343] Redflex had provided estimated fee and cost figures in its original Motion.

The jury entered a defense verdict in favor of Redflex on May 27, 2010, after a two-week trial. On May 28, 2010, the Clerk of the Court entered judgment in Redflex's favor and against Plaintiff American Traffic Solutions, Inc. ("ATS"), ordering that "Plaintiff shall take nothing by way of the complaint," and that "[t]he complaint and this action are hereby dismissed." [Doc. 321] ATS's claims in this case were groundless and unreasonable. They

PHX 329,429,307v2

1  were also pursued vexatiously, and in bad faith. Redflex is therefore entitled to recover its
2  fees and costs as the prevailing party, pursuant to Section 35(a) of the Lanham Act, 15
3  U.S.C. § 1117(a). *See, e.g., Cairns v. Franklin Mint Co.*, 292 F.3d 1139 (9th Cir. 2002).

4  Accordingly, Redflex seeks an award of attorneys' fees in the amount of
5  $3,374,330.72. Redflex also seeks an award of non-taxable costs in the amount of
6  $681,682.22. Redflex filed its Memorandum of Points and Authorities and Affidavit of E.
7  Jeffrey Walsh with supporting documents, pursuant to LRCiv 54.2(b)(2), on July 27, 2010.

8  DATED this 29th day of July, 2010.

9  GREENBERG TRAURIG, LLP

11  By: /s/ E. Jeffrey Walsh
    E. Jeffrey Walsh
12  Frank G. Long
    Robert A. Mandel
13  Stacey F. Gottlieb
    *Attorneys for Defendant*
    *Redflex Traffic Systems, Inc.*

**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

- 2 -

PHX 329,429,307v2

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on July 29, 2010, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

    Randy J. McClanahan (randy@mmellp.com)
    Robert H. Espey, II  (bob@mmellp.com)

☒ I hereby certify that on July 29, 2010, I served the attached document by e-mail upon the following, who are registered participants of the CM/ECF System:

    Randy J. McClanahan (randy@mmellp.com)
    Robert H. Espey, II  (bob@mmellp.com)

☒ I hereby certify that on July 29, 2010, I served the attached document by First Class United States Mail upon the following:

    Randy J. McClanahan
    Robert H. Espey, II
    McClanahan Myers Espey, LLP
    3355 West Alabama, Suite 210
    Houston, Texas 77098
    *Attorneys for Plaintiff*

                      By: /s/ Patricia Berger
                            Employee, Greenberg Traurig, LLP

**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000