UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| | ) | Court of Appeals |
| American Traffic Solutions, | ) | Docket No. __10-16419__ |
| Inc., et al., | ) | |
|     Plaintiff/Appellants, | ) | Docket Number(s) of Court of Appeals |
| | ) | Companion and/or cross appeals (if known) |
| vs. | ) | |
| | ) | District Court |
| Redflex Traffic Systems, Inc. | ) | Docket No. __CV 08-2051-PHX-FJM__ |
| | ) | |
|     Defendant/Appellees, | ) | |
| _____ | ) | Date Transcript Filed: 07/08/2010 |

CERTIFICATE OF RECORD

    This certificate is submitted in conformance with Circuit Rule 11-2 of the Local Rules of the U. S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

    The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U. S. District Court docket sheet and should be used for reference purposes in the briefs.

                                                 Richard H. Weare
                                                 District Court Executive/Clerk of Court
                                                 District of Arizona, Phoenix Division

                                                 By: __s/Beth Stephenson__
                                                        Deputy Clerk
                                                 Date: __08/02/10__