| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/22/2010 | Paquette, Maryann | 0.4 | $ 220.00 | $ 88.00 | Analyze deposition testimony of R. Salcido to assist with summary analysis tasks. |
| 3/22/2010 | Paquette, Maryann | 2.0 | $ 220.00 | $ 440.00 | Continue objective summary analysis regarding the deposition testimony of R. Hervey for purposes of assisting attorneys with pre-trial matters. |
| 3/22/2010 | Potter, Gregory | 6.2 | $ 170.00 | $ 1,054.00 | Identify and code duplicate copies of Redflex proposals to various cities in database (1.5). Review and code Plaintiffs' trial and MSJ exhibits for objective information, confidentiality, and document breaks (4.7). |
| 3/22/2010 | Walsh, E. Jeffrey | 1.6 | $ 585.00 | $ 936.00 | Conference with R. Mandel about Daubert motion |
| 3/23/2010 | Brunetti, Charlotte | 11.2 | $ 185.00 | $ 2,072.00 | Enter coding in the Summation Production database for redacted US Support Meeting documents and export summaries to Excel for review in preparation for response to Plaintiff's request to de-designate Attorneys Eyes Only designations; Review and revise Index containing Plaintiff's selection of US Support Meeting documents in preparation for review of Confidential designations; Review and revise Index containing Plaintiff's list of Redflex Attorneys Eyes Only documents for de-designation to include bates ranges for deposition exhibits in order to cross reference duplicate documents and tab numbers corresponding to client review; Provide instructions for review of notebooks containing Requests for Proposals, Proposals, Contracts and other documents from select Jurisdictions in preparation for review and comparison of Confidential designations; Review and revise Deposition Coding Index and provide instructions and assignments for remaining coding tasks; Provide instructions to Litigation Support for loading deposition exhibit coding in the Summation Production database for Master Trial Exhibit |
| 3/23/2010 | Gottlieb, Stacey F. | 7.6 | $ 445.00 | $ 3,382.00 | Review documents and client notes to identify redactions for response to ATS's request to remove Attorneys' Eyes Only designations (4.7); draft inserts for chart re same (1.0); review and compare duplicate redacted and unredacted copies of US Support Meeting Minutes for purposes of AEO designations (1.2); review issues relating to supplemental report of S. Clark (.3); review correspondence re deposition designations (.2); review issues re signature and errata pages for deponents (.2); |
| 3/23/2010 | Holt, Theresa C. | 1.0 | $ 100.00 | $ 100.00 | Review and respond to team emails; research receipt of S. Clarke supplemental report and notify team of details. |
| 3/23/2010 | Hooper, Dana | 7.9 | $ 280.00 | $ 2,212.00 | Analyze documents designated as Attorneys' Eyes Only and Confidential by client in preparation for motion for heightened protective order and develop tracking of same (4.4); Begin draft of correspondence to opposing counsel regarding response to ATS counsel's list of documents to show to client currently marked as AEO (.4); Strategize regarding proprietary information and production with redactions for trial (1.8); Revise issues regarding pretrial motions (.9); Review potential witnesses and chronology of events (.4) |
| 3/23/2010 | Long, Frank G. | 4.2 | $ 400.00 | $ 1,680.00 | Extended telephone discussion with D. McGrath re errors in M. Keeling analysis (0.8); review and revised outline for Daubert motion and send excerpts of M. Keeling deposition transcript and copy of C. Franklin report to D. McGrath (2.3) review status of contacts with trial witnesses and discuss witness interviews and trail strategy with R. Mandel (0.8) review additional case law on expert exclusion (0.3) |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/23/2010 | Mandel, Robert A. | 0.7 | $ 475.00 | $ 332.50 | Office analyses with N. Mitchler regarding which of jurisdictions regarding affirmative statement regarding legal status of services |
| 3/23/2010 | Mandel, Robert A. | 1.0 | $ 475.00 | $ 475.00 | Office analysis of jurisdiction-declarant interviews with N. Mitchler (.5); office analysis of declarant interview issues with F. Long (.5) |
| 3/23/2010 | Mandel, Robert A. | 1.5 | $ 475.00 | $ 712.50 | Review, edit and confer with D. Hooper regarding response to ATS's AEO-document designation list |
| 3/23/2010 | Mandel, Robert A. | 7.3 | $ 475.00 | $ 3,467.50 | Preparing Daubert motion |
| 3/23/2010 | McGrath III, Dorn C. | 1.0 | $ 625.00 | $ 625.00 | Telephone conference with F. Long re Deaubert issues; Researched cases re definitive responsibility criteria, including licensing requirements as primarily a matter of responsibility, not responsiveness |
| 3/23/2010 | Mitchler, Nathan | 10.2 | $ 250.00 | $ 2,550.00 | Review, analyze and select portions of RFPs, proposals, agreements, and related materials for potential use as exhibits at trial (5.1); Analyze documents ATS has requested to share as non-AEO material for potential redactions and prepare response letter regarding same (1.1); Confer and review with R. Mandel regarding contacting potential witnesses from jurisdictions to ask if they will appear at trial (0.2); Research RFPs for requirement that bidder make statement of affirmative compliance with the law for Daubert motion (3.8) |
| 3/23/2010 | Potter, Gregory | 7.7 | $ 170.00 | $ 1,309.00 | Review and code Plaintiffs' trial and MSJ exhibits for objective information, confidentiality, and document breaks (4.7); Review hard copies of documents identified for attorney review and compare against database, reconciling differences between the two sets (3.0) |
| 3/23/2010 | Walsh, E. Jeffrey | 1.1 | $ 585.00 | $ 643.50 | Conference with R. Mandel about issues to address in Daubert motion |
| 3/24/2010 | Brunetti, Charlotte | 8.6 | $ 185.00 | $ 1,591.00 | Review and revise Index containing Plaintiff's list of Redflex Attorneys Eyes Only documents for de-designation to include bates ranges for deposition exhibits in order to cross reference duplicate documents and tab numbers corresponding to client review; Review Rule 16 Scheduling Order and update Trial Calendar deadlines for Responses to Motions in Limine and Notice to Court Reporter; Review list of fields provided by vendor for Relativity database in preparation for migration of trial exhibit data to Summation; Review and revise deposition exhibit coding summaries imported to the Summation database in preparation for Master Trial Exhibit review |
| 3/24/2010 | Conner, Beth | 4.2 | $ 190.00 | $ 798.00 | Continue review of deposition exhibits and add subjective coding to the database. |
| 3/24/2010 | Gottlieb, Stacey F. | 7.7 | $ 445.00 | $ 3,426.50 | Review expert reports for potential AEO designations and draft summaries re same (1.6); develop and draft exhibits reflecting revised confidentiality and AEO designations for documents in response to ATS's request top de-designate items (3.5); continued review of documents for potential additional redactions (1.8); draft proposed language for insert to letter to ATS responding to request for de-designation of AEO materials (.2); review correspondence from B. Espey re response to Redflex's requests to de-designate AEO materials (.2); confer with C. Brunetti re master trial exhibit notebooks and Relativity field list mapping for Summation (.4) |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/24/2010 | Hooper, Dana | 9.3 | $ 280.00 | $ 2,604.00 | Revise and finalize correspondence to opposing counsel regarding AEO-designated documents (1.9); Analyze discovery documents regarding AEO-designated documents (2.0); Prepare for narrowing of case documents to be considered as trial exhibits (.5); Strategize regarding AEO-designated documents for exchange with opposing counsel (.9); Prepare exhibits to present to opposing counsel regarding AEO-designated documents (3.3); Email communication with B. Espey related to correspondence respective responses to AEO-designated documents (.3); Receive and analyze correspondence from B. Espey containing substantive responses to Redflex's list of AEO-designated documents to request to share with client for trial preparation and prepare memorandum regarding same (.7) |
| 3/24/2010 | Long, Frank G. | 4.9 | $ 400.00 | $ 1,960.00 | Revise and expand memo on objection to M. Keeling testimony; review decisions provided by D. Mc Grath |
| 3/24/2010 | Mandel, Robert A. | 0.7 | $ 475.00 | $ 332.50 | Office analyses of Daubert arguments with J. Walsh |
| 3/24/2010 | Mandel, Robert A. | 0.8 | $ 475.00 | $ 380.00 | Office analyses with D. Hooper and S. Gottlieb regarding AEO designation issues |
| 3/24/2010 | Mandel, Robert A. | 7.8 | $ 475.00 | $ 3,705.00 | Preparing Daubert motion |
| 3/24/2010 | Mitchler, Nathan | 10.5 | $ 250.00 | $ 2,625.00 | Review, analyze and select portions of D. Ingberman, J. Wells, M. Keeling, and C. Franklin expert reports which should remain AEO (4.3); Prepare response letter to ATS regarding AEO proposals and review redactions needed to de-designate proposals (0.8); Review, analyze and select portions of RFPs, proposals, agreements and related materials for potential exhibits at trial (4.2); Analyze and select potential witness for RFPs, proposals, agreements and related materials (1.1); Telephone Mayor D. Robinson regarding appearance at trial (0.1) |
| 3/24/2010 | Paquette, Maryann | 1.2 | $ 220.00 | $ 264.00 | Continue objective summary analysis for Salcido; review for additions and omissions. |
| 3/24/2010 | Paquette, Maryann | 1.4 | $ 220.00 | $ 308.00 | Continue objective summary analysis for Hervey; review for omissions and additions. |
| 3/24/2010 | Potter, Gregory | 4.0 | $ 170.00 | $ 680.00 | Review hard copies of documents identified for attorney review and compare against database, reconciling differences between the two sets (4.0). |
| 3/24/2010 | Walsh, E. Jeffrey | 0.7 | $ 585.00 | $ 409.50 | Conference with R. Mandel about Daubert issues |
| 3/25/2010 | Brunetti, Charlotte | 8.8 | $ 185.00 | $ 1,628.00 | Review and prepare index of paralegal tasks and assignments associated with Master Trial Exhibit review; Review letter from Plaintiff's containing their responses to Defendant's request for de-designation of ATS documents marked Attorneys Eyes Only and provide instructions for printing hard copy set for review; Review and provide select financial documents produced by Plaintiff for inclusion in ATS Financials notebook for review and inclusion in Master Trial Exhibit review; Provide Excel native files produced by Plaintiff for electronic comparison to determine if any changes exist in the second version produced; Prepare copy of disk produced by Plaintiff at the end of discovery for expert review in preparation for trial |
| 3/25/2010 | Conner, Beth | 2.3 | $ 190.00 | $ 437.00 | Review exhibits marked at J. Harden's deposition and add subjective coding to the database, based on Harden's testimony. |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/25/2010 | Gottlieb, Stacey F. | 6.7 | $ 445.00 | $ 2,981.50 | Review plaintiff's last production for documents to be provided to C. Cameron (.3); review documents and issues re trial preparation (4.7); review correspondence re plaintiff's questions relating to AEO documents (.2); confer with J. Walsh re AEO documents, requirements of joint pretrial order, witness files, motions in limine and strategic planning (.5); review and supplement paralegal project task list (.3); review issues re DPS administrative hearing exhibits, coding of trial exhibits, summaries of testimony re deposition exhibits (.7) |
| 3/25/2010 | Holt, Theresa C. | 12.0 | $ 100.00 | $ 1,200.00 | Confer with C. Brunetti and S. Gottlieb regarding comparison of new financials provided by ATS to those previously provided; compare same and confer with S. Gottlieb; update database regarding same; finalize ATS Financials Notebook for master trial exhibit review; review and file corrected Ingberman exhibits and deposition; draft paralegal task list for team meeting; attend team meeting; update team calendar. |
| 3/25/2010 | Hooper, Dana | 10.1 | $ 280.00 | $ 2,828.00 | Develop strategy for motions in limine, including FCC issues and objections to ATS's trial exhibits (.8); Review issues regarding Australia witnesses, AGD witnesses, trial exhibits, undisputed and disputed facts, trial memorandum of law, motions in limine, and standard for corporate knowledge (3.4); Draft email correspondence to opposing counsel regarding Joint Proposed Pretrial Order (.2); Analyze deposition exhibits utilized in deposition of Josh Weiss in preparation for trial exhibits (1.6);Analyze deposition exhibits utilized in deposition of A. Tuton in preparation for trial exhibits (1.0); Review issues regarding exhibits to for particular witnesses for trial, documents from Department of Administration case, and DPS related trial exhibits (2.8); Prepare memorandum regarding undisputed facts (.3) |
| 3/25/2010 | Long, Frank G. | 6.2 | $ 400.00 | $ 2,480.00 | Telephone discussion with D. McGrath re legal principles of procurement law and Keeling opinion (0.9); draft and send e-mail to D. McGrath summarizing points of discussion (0.3); review and expand e-mail to include further points for Daubert motion and send to D. McGrath for further review and comment (1.1) and (0.2) and (2.0); review comments and additional decisional law provided by D. McGrath and revise memo on M. Keeling testimony (1.6) |
| 3/25/2010 | Mandel, Robert A. | 1.7 | $ 475.00 | $ 807.50 | Telephone calls with A. Bunkse regarding status of litigation (.8); review A. Bunkse's emails regarding status of litigation (.4); telephone conference with J. Walsh regarding case status (.5) |
| 3/25/2010 | Mandel, Robert A. | 4.5 | $ 475.00 | $ 2,137.50 | Preparing Daubert motion |
| 3/25/2010 | McGrath III, Dorn C. | 1.0 | $ 625.00 | $ 625.00 | Telephone conference with F. Long; Discussed argument to support Daubert motion in response to ATS proposed M. Keeling expert report. |
| 3/25/2010 | Mitchler, Nathan | 9.9 | $ 250.00 | $ 2,475.00 | Review, analyze and select portions of RFPs, proposals, agreements, and related materials for potential use as exhibits at trial (7.7);  Review documents and procedures for selecting exhibits for trial and confer regarding process for finalizing final exhibit list (1.5); Telephone Chief M. Knaps regarding potential appearance as witness at trial (0.1); Review and analyze ATS response to letter requesting certain documents be de-designated (0.5) |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/25/2010 | Paquette, Maryann | 1.5 | $ 220.00 | $ 330.00 | Review objective analysis summaries; correct omissions and additions. |
| 3/25/2010 | Potter, Gregory | 3.0 | $ 170.00 | $ 510.00 | Review hard copies of documents identified for attorney review and compare against database, reconciling differences between the two sets (1.7); Identify and printout Attorney Eyes Only designated documents for review, in preparation for response to ATS' request for re-designation (1.3) |
| 3/25/2010 | Walsh, E. Jeffrey | 0.4 | $ 585.00 | $ 234.00 | Conference with S. Gottlieb about identification of trial exhibits |
| 3/25/2010 | Walsh, E. Jeffrey | 1.4 | $ 585.00 | $ 819.00 | Conference with S. Gottlieb, D. Hooper about trial preparation issues |
| 3/25/2010 | Walsh, E. Jeffrey | 1.5 | $ 585.00 | $ 877.50 | Review and comment on draft Daubert motion |
| 3/25/2010 | Wilmot, Frank H. | 0.4 | $ 185.00 | $ 74.00 | Research cites in memorandum of law re Daubert issues |
| 3/26/2010 | Brunetti, Charlotte | 10.2 | $ 185.00 | $ 1,887.00 | Review and set-up process for coding data in the Summation Production database for documents reviewed and selected as trial exhibits including related documents and potential witnesses in preparation for trial; Provide instructions to Litigation Support for adding new fields in the Summation Production database for coding data related to select trial exhibits in preparation for trial; Provide instructions to docketing for updating calendar entries in preparation for trial; Provide instructions for coding names mentioned in documents selected for Master Trial Exhibit review in the Summation Production database to assist with searching and compiling documents for potential witnesses in preparation for trial; Provide instructions for exchanging and inserting documents in the Jurisdiction binders for documents with updated Confidential designations or documents provided at the end of discovery in preparation for Master Trial Exhibit review |
| 3/26/2010 | Conner, Beth | 4.4 | $ 190.00 | $ 836.00 | Review documents selected by attorney team for trial exhibits and code identifying information into document database |
| 3/26/2010 | Gottlieb, Stacey F. | 6.1 | $ 445.00 | $ 2,714.50 | Review issues re identification and elimination of duplicates in trial exhibit population and development of method for keeping grouped exhibits together in database (1.5); review documents identified by plaintiff as potential trial exhibits and draft notes for coding same (4.0); review issues re gigahertz and technical differences between AGD and Multanova radar devices for potential cross-examination issues (.6) |
| 3/26/2010 | Holt, Theresa C. | 2.3 | $ 100.00 | $ 225.00 | Review and respond to team emails; confer with C. Brunetti regarding team calendar, deposition coding status and database QC; distribute team calendar and review items in database. |
| 3/26/2010 | Hooper, Dana | 7.9 | $ 280.00 | $ 2,212.00 | Continue analysis of deposition exhibit utilized in deposition of A. Tuton to prepare as trial exhibits (4.8); Strategize regarding utilization of Ingberman and ATS financial related documents at trial (.4); Analyze deposition exhibits utilized, and provided by J. Tuton and A. Tuton, for the 30(b)(6) depositions in preparation for trial exhibit assessment and objections (2.7) |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/26/2010 | Long, Frank G. | 4.3 | $ 400.00 | $ 1,720.00 | Revise and expand memo on Keeling opinion, finalize and deliver to D. McGrath, J. Walsh, R. Mandel and N. Mitchler for review and comment (3.8); notify AG of trial dates and intent to call DPS witness (0.2); review Lanham Act issues raised in draft Ingberman motion and discuss with N. Mitchler (0.3) |
| 3/26/2010 | Mackey, Marian R. | 0.5 | $ 190.00 | $ 95.00 | Confer with C. Brunetti regarding task in database (.5) |
| 3/26/2010 | Mandel, Robert A. | 1.2 | $ 475.00 | $ 570.00 | Office analyses of Daubert arguments with Messrs. Walsh and Mitchler |
| 3/26/2010 | Mandel, Robert A. | 6.2 | $ 475.00 | $ 2,945.00 | Preparing Daubert motion |
| 3/26/2010 | Mitchler, Nathan | 9.9 | $ 250.00 | $ 2,475.00 | Review, analyze and select portions of RFPs, proposals, agreements, and related materials for potential use as exhibits at trial (5.7); Review and analyze ATS response to letter requesting certain documents be de-designated (1.7); Confer with J. Walsh and R. Mandel regarding research and completion of Ingberman Daubert motion (0.3); Research and confer with F. Long regarding Lanham Act requirements for affirmative statements and corrective actions (2.2) |
| 3/26/2010 | Potter, Gregory | 5.0 | $ 170.00 | $ 850.00 | Review and code trial and MSJ exhibits for objective information, confidentiality, and document breaks. (5.0) |
| 3/26/2010 | Walsh, E. Jeffrey | 0.6 | $ 585.00 | $ 351.00 | Review email and file information from A. Bunkse |
| 3/26/2010 | Walsh, E. Jeffrey | 1.0 | $ 585.00 | $ 585.00 | Conference with R. Mandel abut Daubert motion |
| 3/26/2010 | Walsh, E. Jeffrey | 1.8 | $ 585.00 | $ 1,053.00 | Work on Daubert motion |
| 3/26/2010 | Wilmot, Frank H. | 1.7 | $ 185.00 | $ 314.50 | Research citations in memorandum document. |
| 3/27/2010 | Holt, Theresa C. | 2.5 | $ 100.00 | $ 250.00 | Work on comparing and removing duplicates from additional binders for master trial exhibit review. |
| 3/27/2010 | Mackey, Marian R. | 5.1 | $ 190.00 | $ 969.00 | Code in Summation database for field with objective coding for Plaintiffs exhibits (5.1) |
| 3/28/2010 | Conner, Beth | 1.8 | $ 190.00 | $ 342.00 | Enter information as to trial exhibit designations into document database. |
| 3/28/2010 | McGrath III, Dorn C. | 3.0 | $ 625.00 | $ 1,875.00 | Reviewed and revised draft memorandum from F. Long as basis for Daubert memorandum, including analysis of Government Accountability Officer (GAO) decisions; Revised structure and discussion of procurement law principles (and Arizona procurement law) covering FCC licensing as a general responsibility criterion, and not as a pre-condition to award (definitive responsibility criterion); Added comments regarding Daubert analysis. |
| 3/28/2010 | Potter, Gregory | 4.8 | $ 170.00 | $ 816.00 | Review Arizona Department of Administration hearing binders with exhibits and code duplicates in database (4.8). |
| 3/28/2010 | Walsh, E. Jeffrey | 0.7 | $ 585.00 | $ 409.50 | Conference with A. Bunkse re trial preparation projects and strategy |
| 3/28/2010 | Walsh, E. Jeffrey | 2.0 | $ 585.00 | $ 1,170.00 | Work on Daubert motion |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/29/2010 | Brunetti, Charlotte | 9.1 | $ 185.00 | $ 1,683.50 | Review documents in DPS Administrative matter to determine when Stay was ordered and vacated in preparation for response to request from client; Run searches in the Relativity database for documents used as exhibits in the DPS Administrative matter to include in Master Trial Exhibit review; Prepare document break log for documents in the Summation Production database that require updates to images and records in preparation for Master Trial Exhibit review and selection; Provide instructions for review and update of Deposition Exhibits to include cross reference information to select categories of documents in preparation for review and selection of Master Trial Exhibits; Provide instructions to Litigation Support for importing summary coding data in the Summation Production database for deposition exhibits; Review deposition exhibit summaries containing data imported in the Summation Production database to ensure all data loaded correctly in preparation for Master Trial Exhibit review |
| 3/29/2010 | Conner, Beth | 5.4 | $ 190.00 | $ 1,026.00 | Review documents selected as trial exhibits by attorney trial team and add information to database. |
| 3/29/2010 | Gottlieb, Stacey F. | 0.7 | $ 445.00 | $ 311.50 | Review issues relating to identification and elimination of duplicates from parties' respective trial exhibit lists (.4); review memorandum to Redflex Board of Directors re litigation assessment (.2); review correspondence re motion for clarification of protective order and analyze same (.1) |
| 3/29/2010 | Holt, Theresa C. | 9.0 | $ 100.00 | $ 900.00 | Update deposition coding index; confer with C. Brunetti regarding documents not found on DPS index and continue comparing index of DPS documents to F. Long's DPS and Protest notebooks; finalize DPS notebooks for master trial exhibit review; email to reviewers regarding new notebooks added and process for check-out of notebooks; download errata sheets and correspondence from court reporter; update deposition index and deposition/witness files with same; confer with D. Hooper and print out and insert additional ATS financial documents from 30(b)(6) depositions into ATS Financial Notebook and update same; confer with C. Brunetti regarding pretrial disclosure numbers versus DPS Administrative Notebook index and input corresponding pretrial disclosure exhibit number into corresponding database field |
| 3/29/2010 | Hooper, Dana | 6.3 | $ 280.00 | $ 1,764.00 | Review and analyze 30(b)(6) deposition exhibits for J. Tuton and Amy Rasor in preparation for trial exhibit selection (2.8); Review documents related to Department of Administration case to develop argument related to ATS's ability to seek adjudication on the merits (.4); Review and analyze exhibits utilized in 30(b)(6) deposition for A. Draizin in preparation for trial exhibits, including analysis of revenue and pricing spreadsheets for ATS and Redflex contracts (1.9); Review issues regarding Daubert Motion (.4); Review issues regarding ATS Financial as potential trial exhibits related to damages (.8) |

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/29/2010 | Long, Frank G. | 3.1 | $ 400.00 | $ 1,240.00 | Discuss with J. Walsh the need for discovery and attend teleconference with A. Bunkse and K. Finley re impending meeting with Board to discuss litigation (0.4) prepare materials for J. Walsh's discussion with board (0.4) and (2.3) |
| 3/29/2010 | Long, Frank G. | 3.2 | $ 400.00 | $ 1,280.00 | Review comments of D. McGrath on memo re exclusion of M. Keeling testimony and revise memo to incorporate same and expand argument |
| 3/29/2010 | Mackey, Marian R. | 7.8 | $ 190.00 | $ 1,482.00 | Continue objective coding in summation database (7.8) |
| 3/29/2010 | Mandel, Robert A. | 0.4 | $ 475.00 | $ 190.00 | Review F. Long's memorandum of Daubert arguments directed at procurement experts |
| 3/29/2010 | Mandel, Robert A. | 1.4 | $ 475.00 | $ 665.00 | Emails to and from J. Walsh regarding "but for" world formulation for Daubert motion arguments (.4); review N. Mitchler's legal research summary regarding Coke/Pepsi analogy (.3); review overview memorandum to client (.4); emails to and from D. Hooper regarding requisite AEO motion preparation (.3) |
| 3/29/2010 | McGrath III, Dorn C. | 1.0 | $ 625.00 | $ 625.00 | Reviewed and revised memorandum addressing M. Keeling report; Sent same to F. Long. |
| 3/29/2010 | Olson, Melaney | 47.75 | $50-60.00 | $ 2,465.00 | Paralegal Services Lee Davis & Assoc. Invoice 2804 |
| 3/29/2010 | Olson, Melaney | 44.75 | $50-60.00 | $ 2,285.00 | Paralegal Services Lee Davis & Assoc. Invoice 2805 |
| 3/29/2010 | Mitchler, Nathan | 9.9 | $ 250.00 | $ 2,475.00 | Review, analyze and select portions of RFPs, proposals, agreements, and related materials for potential use as exhibits at trial (7.7); Telephone Chief M. Knaps regarding potential appearance as witness at trial (0.2); Research Lanham Act damage calculation requirements for "but for" methodology (2) |
| 3/29/2010 | Potter, Gregory | 8.1 | $ 170.00 | $ 1,377.00 | Review Arizona Department of Administration hearing binders with exhibits and code duplicate exhibits in database (6.6). Create duplicate set of Arizona Department of Administration hearing binders with bates labeled copies of exhibits (1.5). |
| 3/29/2010 | Walsh, E. Jeffrey | 0.1 | $ 585.00 | $ 58.50 | Telephone call with A. Bunkse about settlement negotiation status and trial preparation projects |
| 3/29/2010 | Walsh, E. Jeffrey | 0.1 | $ 585.00 | $ 58.50 | Assignment to C. Brunetti to identify trial exhibits |
| 3/29/2010 | Walsh, E. Jeffrey | 0.3 | $ 585.00 | $ 175.50 | Telephone call with A. Bunkse and K. Finley to discuss the litigation |
| 3/29/2010 | Walsh, E. Jeffrey | 0.3 | $ 585.00 | $ 175.50 | Review F. Long memo about Daubert motion against M. Keeling |
| 3/29/2010 | Walsh, E. Jeffrey | 0.7 | $ 585.00 | $ 409.50 | Telephone call with Board of Directors about status of litigation |
| 3/29/2010 | Walsh, E. Jeffrey | 2.6 | $ 585.00 | $ 1,521.00 | Work on memo to Redflex board about status of the case |
| 3/29/2010 | Walsh, E. Jeffrey | 5.5 | $ 585.00 | $ 3,217.50 | Work on draft Daubert motion |
| 3/30/2010 | Brunetti, Charlotte | 9.5 | $ 185.00 | $ 1,757.50 | Work on document image breaks for trial exhibit database searching the Summation Production database for key documents identified and update notebooks or Master Trial Exhibits for review and selection; Review and update Jurisdiction notebooks containing Requests for Proposals, Proposals, Agreements and other documents in preparation for Master Trial Exhibit review |
| 3/30/2010 | Conner, Beth | 6.1 | $ 190.00 | $ 1,159.00 | Review documents selected as trial exhibits by attorney trial team and add information to database. |

116656-010200 FEES                                    181

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| 3/30/2010 | Gottlieb, Stacey F. | 3.7 | $ 445.00 | $ 1,646.50 | Review pleadings, motions and correspondence relating to protective orders for purposes of challenging ATS's use of the October 22 preliminary protective order (1.8); draft inserts to and revise motion to withdraw October 22 protective order (.8); review issues re AEO designations and related challenges to ATS exhibits (.6); review selected DPS Admin exhibits and spreadsheets from 30(b)(6) deposition of A. Draizin for potential trial exhibits (1.0); review issues re deposition designations and exhibits (.3); |
| 3/30/2010 | Hooper, Dana | 7.6 | $ 280.00 | $ 2,128.00 | Strategize regarding AEO designated documents and deposition testimony in preparation for motion for heightened protective order (1.9); Analyze issues regarding in-state and out-of-state witnesses to testify regarding contracts and procurement with Redflex (.3); Review exclusion history of D. Ingberman as expert witness in previous cases (.3); Email correspondence to B. Espey regarding proposed redactions of ATS's AEO documents (.4); Review and analyze motion to compel, response to motion to compel, joint stipulation, and all protective orders in the case in preparation for motion regarding October 22, 2009 protective order related to ATS financial information and D. Ingberman report data and begin draft of motion regarding same (2.3); Review issues regarding settlement (.6); Review issues regarding exhibits ATS witness provided at 30(b)(6) depositions, ATS financial documents, expert reports and D. Ingberman working file and utilization of information at trial (1.8); Begin preparation of Motion for Heightened Protective Order for documents Redflex wants to maintain as AEO (.5) |
| 3/30/2010 | Mandel, Robert A. | 1.2 | $ 475.00 | $ 570.00 | Legal research for pattern jury instructions in false advertising |
| 3/30/2010 | Mitchler, Nathan | 8.8 | $ 250.00 | $ 2,200.00 | Review, analyze, and select deposition exhibits for potential use as exhibits at trial (6.1); Review and analyze ATS response to letter requesting certain documents be de-designated (1.1); Correspond with J. Walsh regarding out-of-state jurisdiction witnesses and potential appearance at trial (0.3); Research and confer with F. Long regarding FCC requirement for advertising radio frequency devices for Daubert Motion (1.3) |
| 3/30/2010 | Potter, Gregory | 6.6 | $ 170.00 | $ 1,122.00 | Review key documents binder and code exhibits in database to eliminate duplicates (6.6). |
| 3/30/2010 | Walsh, E. Jeffrey | 0.2 | $ 585.00 | $ 117.00 | Telephone call with A. Bunkse about results of the Board meeting re trial versus settlement options |
| 3/30/2010 | Walsh, E. Jeffrey | 0.4 | $ 585.00 | $ 234.00 | Conference with S. Gottlieb and D. Hooper about document production issues |
| 3/30/2010 | Walsh, E. Jeffrey | 5.3 | $ 585.00 | $ 3,100.50 | Work on Daubert motion |