# EXHIBIT 3

# EXHIBIT 3

| | Redflex Traffic Systems<br>AMENDED ATTACHMENT F1 - COSTS | | |
|---|---|---|---|
| | | RESEARCH | |
| DATE | AMOUNT | NARRATIVE | CODE |
| 11/20/2008 | $19.00 | Westlaw Research by KEYES, KRISTIN re complaint (for J. Barton) | |
| 11/23/2008 | $239.60 | Westlaw Research by BARTON, JULIE re claims in Complaint and elements of potential affirmative defenses | |
| 11/24/2008 | $157.35 | Westlaw Research by BARTON, JULIE re privilege protecting parties to a judicial proceeding and re excessive publication related to allegations in Complaint | |
| 11/25/2008 | $13.80 | Westlaw Research by MORRIS, SARAH E. re Sections from McCarthy on trademarks for review of case law related to elements of "false advertising" claim (for F. Long) | |
| 11/26/2008 | $23.85 | Westlaw Research by KEYES, KRISTIN re additional materials pulled for J. Barton. | |
| 11/26/2008 | $27.60 | Westlaw Research by MORRIS, SARAH E. for Chapter from McCarthy containing checklist on claims and defenses for review of case law related to elements of "false advertising" claim (for F. Long) | |
| 11/26/2008 | $245.55 | Westlaw Research by BARTON, JULIE re continued research for answer or motion to dismiss | |
| 11/27/2008 | $169.20 | Westlaw Research by BARTON, JULIE re continued research for answer or motion to dismiss | |
| 11/29/2008 | $357.87 | Westlaw Research by BARTON, JULIE. for case law addressing the litigation privilege in the context of bid protests and administrative proceedings | |
| ~~12/3/2008~~ | ~~$0.00~~ | ~~Westlaw Research by TURANO, TAB~~ | |
| 12/3/2008 | $141.60 | Westlaw Research by BARTON, JULIE re amended answer | |
| 12/7/2008 | $120.05 | Westlaw Research by BARTON, JULIE re continued research for amended answer | |
| 12/8/2008 | $0.01 | Lexis Research: 12/08/08 LEXIS LEGAL SERVICES Requested by BARTON JULIE Ref: 116656.010200 re continued research for amended answer | |
| 12/8/2008 | $0.05 | Lexis Research: 12/08/08 LEXIS LEGAL SERVICES Requested by BARTON JULIE Ref: 116656.010200 re continued research for amended answer | |
| 12/8/2008 | $391.45 | Westlaw Research by BARTON, JULIE re continued research for amended answer | |
| 12/9/2008 | $237.00 | Westlaw Research by BARTON, JULIE re continued research for amended answer | |
| 12/10/2008 | $316.10 | Westlaw Research by BARTON, JULIE re continued research for amended answer | |
| 12/12/2008 | $124.45 | Westlaw Research by HALE, LAURA N. re Rule 12(b)(6) motion to dismiss for failure to state a claim and to determine whether Redflex may introduce the entire contents of its proposals in such a motion without converting it to a motion for summary judgment | |
| 12/14/2008 | $96.40 | Westlaw Research by HALE, LAURA N. re case law to support Rule 12(b)(6) Motion to Dismiss for failure to state a claim | |
| 12/15/2008 | $79.50 | Westlaw Research by HALE, LAURA N. re case law to support Rule 12(b)(6) Motion to Dismiss for failure to state a claim | |
| 12/15/2008 | $86.56 | Westlaw Research by BARTON, JULIE re continued research for amended answer | |
| 12/16/2008 | $283.60 | Westlaw Research by BARTON, JULIE re continued research for amended answer | |
| 12/19/2008 | $29.36 | Westlaw Research by WARSHAWSKY, KIMBERLY A. re authorities for motion to dismiss | |
| 12/21/2008 | $161.36 | Westlaw Research by HALE, LAURA N. re research [case name omitted] and associated cases to summarize results for use in drafting Rule 12(b)(6) Motion to Dismiss false advertising claims | |
| 12/29/2008 | $62.60 | Westlaw Research by HALE, LAURA N. re motion to dismiss | |
| 12/30/2008 | $110.00 | Westlaw Research by HALE, LAURA N. re additional case law regarding Motion to Dismiss Count One of Complaint | |
| 1/2/2009 | $28.00 | Westlaw Research by HALE, LAURA N. re additional case law regarding Motion to Dismiss Count One of Complaint | |
| 1/5/2009 | $56.00 | Westlaw Research by HALE, LAURA N. re additional case law regarding Motion to Dismiss Count One of Complaint | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 1/7/2009 | $14.60 | Westlaw Research by HORVATH, ROBBI re trademark cases handled by Judge Martone that involved complaints alleging false advertising (for F. Long) | |
| 1/21/2009 | $21.60 | Westlaw Research by NJOKU, LISA re cases and citations from **Moore's Federal Practice** relating to issue of whether court may dismiss only portion of claim under Rule 12(b)(6) applicable sections from (for L. Hale) | |
| 1/21/2009 | $83.80 | Westlaw Research by HALE, LAURA N. re case law to support arguments for dismissal of a portion of a claim re Rule 12(b)(6) Motion to Dismiss Count One | |
| 1/24/2009 | $206.50 | Westlaw Research by HALE, LAURA N. re case law to support arguments for dismissal of a portion of a claim re Rule 12(b)(6) Motion to Dismiss Count One | |
| 1/25/2009 | $4.00 | Westlaw Research by HALE, LAURA N. re case law to support arguments for dismissal of a portion of a claim re Rule 12(b)(6) Motion to Dismiss Count One | |
| 1/26/2009 | $0.01 | Lexis Research: 01/26/09 SHEPARD'S SERVICE Requested by HALE  LAURA Ref: 116656.010200 re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/26/2009 | $0.01 | Lexis Research: 01/26/09 SHEPARD'S SERVICE Requested by HALE  LAURA Ref: 116656.010200 re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/26/2009 | $15.19 | Lexis Research: 01/26/09 SHEPARD'S SERVICE Requested by HALE  LAURA Ref: 116656.010200 re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/26/2009 | $15.19 | Lexis Research: 01/26/09 SHEPARD'S SERVICE Requested by HALE  LAURA Ref: 116656.010200 re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/26/2009 | $54.40 | Lexis Research: 01/26/09 LEXIS LEGAL SERVICES Requested by HALE  LAURA Ref: 116656.010200 re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/26/2009 | $54.40 | Lexis Research: 01/26/09 LEXIS LEGAL SERVICES Requested by HALE  LAURA Ref: 116656.010200 re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/26/2009 | $58.50 | Westlaw Research by HALE, LAURA N. re cite check of case law for Motion to Dismiss Count One of the Complaint | |
| 1/27/2009 | $192.69 | Westlaw Research by HALE, LAURA N. re case law and legislative history regarding commercial advertisements under the Lanham Act for Draft Defendants' Motion to Dismiss, including portions of Count One Directed Toward Defendant K. Finley | |
| 2/9/2009 | $419.25 | Westlaw Research by HALE, LAURA N. re case law and legislative history regarding commercial advertisements under the Lanham Act for Draft Defendants' Motion to Dismiss, including portions of Count One Directed Toward Defendant K. Finley | |
| 2/10/2009 | $21.25 | Westlaw Research by HALE, LAURA N. re case law and legislative history regarding commercial advertisements under the Lanham Act for Draft Defendants' Motion to Dismiss, including portions of Count One Directed Toward Defendant K. Finley | |
| 2/11/2009 | $172.32 | Westlaw Research by HALE, LAURA N. Shepardize case law re Motion to Dismiss, including portions of Count One Directed Toward Defendant K. Finley | |
| 2/16/2009 | $677.99 | Westlaw Research by HALE, LAURA N. re authorities for revised motion to dismiss count one | |
| 2/26/2009 | $0.05 | Lexis Research: 02/26/09 SHEPARD'S SERVICE Requested by HANNON TOM Ref: 116656.010200 for additional decisions re specificity of statements regarding characteristics of product to sustain Lanham Act claims and for cases holding that generalized statements | |
| 2/26/2009 | $2.84 | Lexis Research: 02/26/09 LEXIS LEGAL SERVICES Requested by HANNON TOM Ref: 116656.010200  for additional decisions re specificity of statements regarding characteristics of product to sustain Lanham Act claims and for cases holding that generalized statem | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 2/26/2009 | $3.17 | Lexis Research: 02/26/09 SHEPARD'S SERVICE Requested by HANNON TOM Ref: 116656.010200 for additional decisions re specificity of statements regarding characteristics of product to sustain Lanham Act claims and for cases holding that generalized statemen | |
| 2/26/2009 | $5.44 | Lexis Research: 02/26/09 LEXIS LEGAL SERVICES Requested by HANNON TOM Ref: 116656.010200 for additional decisions re specificity of statements regarding characteristics of product to sustain Lanham Act claims and for cases holding that generalized state | |
| 2/26/2009 | $93.75 | Lexis Research: 02/26/09 LEXIS LEGAL SERVICES Requested by HANNON TOM Ref: 116656.010200 for additional decisions re specificity of statements regarding characteristics of product to sustain Lanham Act claims and for cases holding that generalized state | |
| 2/26/2009 | $39.57 | Lexis Research: 02/26/09 LEXIS LEGAL SERVICES Requested by HANNON TOM Ref: 116656.010200 for additional decisions re specificity of statements regarding characteristics of product to sustain Lanham Act claims and for cases holding that generalized state | |
| 3/3/2009 | $4.50 | Westlaw Research by HALE, LAURA N. to retrieve and key cite additional case law cited in Motion to Dismiss (for F. Long) | |
| 3/4/2009 | $9.25 | Westlaw Research by HALE, LAURA N. to retrieve and Key cite additional case law cited in Motion to Dismiss, including portions of Count One Directed Toward Defendant K. Finley (for F. Long) | |
| 3/4/2009 | $112.00 | Westlaw Research by NJOKU, LISA for reported decisions in the Ninth Circuit that involve the following issues: Rule 12(b)(6) motion, 15 USC 1125(a)(1)(B) and "commercial speech" (for F. Long) | |
| 3/8/2009 | $15.43 | Westlaw Research by HALE, LAURA N. to cite check additional case law re Motion to Dismiss, including portions of Count One Directed Toward Defendant K. Finley | |
| 4/14/2009 | $18.65 | Westlaw Research by WILMOT, FRANK for research re Ninth Circuit cases involving 1125(a)(1)(B) and photo, photographs and photography (for F. Long) | |
| 4/14/2009 | $278.65 | Westlaw Research by JEWELL, LINDSAY A. re Ninth Circuit case law and treatises concerning representations or statements of fact in the context of a Lanham Act claim for false advertising | |
| 4/22/2009 | $281.75 | Westlaw Research by JEWELL, LINDSAY A. re statute of limitations for false advertising claim under Lanham Act and for fraud under Arizona, Iowa, Louisiana, New Mexico, Ohio, Oregon, Tennessee, and Washington laws | |
| 4/23/2009 | $157.49 | Westlaw Research by MACKEY, MARIAN re case law cited in Motion to Dismiss | |
| 4/28/2009 | $21.25 | Westlaw Research by JEWELL, LINDSAY A. re statutes of limitations for Lanham Act claims in several states and accrual of statute of limitations in Louisiana and Tennessee | |
| 5/7/2009 | $55.96 | Westlaw Research by WILMOT, FRANK for case law and KeyCite histories for authorities cited in Plaintiff's Response to Motion to Dismiss. | |
| 5/9/2009 | $27.46 | Westlaw Research by MACKEY, MARIAN re authorities cited in Plaintiff's Response to Motion to Dismiss. | |
| 5/19/2009 | $91.00 | Westlaw Research by HALE, LAURA N. for research regarding bait-and-switch claim under Lanham Act to reply to plaintiff's motion to dismiss | |
| 5/20/2009 | $56.25 | Westlaw Research by HALE, LAURA N. for research regarding bait-and-switch claim under Lanham Act to reply to plaintiff's motion to dismiss | |
| 5/20/2009 | $161.13 | Westlaw Research by WILMOT, FRANK re case law cited in reply to plaintiff's motion to dismiss | |
| 5/22/2009 | $223.15 | Westlaw Research by HALE, LAURA N. for research regarding bait-and-switch claim under Lanham Act and re Defendants' Response to Plaintiff's Motion for Leave to Amend and Motion to Strike the Declaration of James D. Tuton | |
| 6/15/2009 | $27.03 | Westlaw Research by MACKEY, MARIAN for case law cited in reply in support of motion to dismiss | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 6/16/2009 | $22.00 | Westlaw Research by HALE, LAURA N. re Plaintiff's Response to Defendants' Motion to Strike and for authorities to support Draft Reply to same | |
| 6/17/2009 | $43.00 | Westlaw Research by HALE, LAURA N. re additional authorities to support draft Reply in support of Motion to Strike the Declaration of James Tuton | |
| 6/18/2009 | $98.70 | Westlaw Research by JEWELL, LINDSAY A. re Lanham Act cases analyzing false statements that are conditional, future statements | |
| 6/18/2009 | $166.80 | Westlaw Research by HALE, LAURA N. re additional authorities to support draft Reply in support of Motion to Strike the Declaration of James Tuton | |
| 6/19/2009 | $64.45 | Westlaw Research by HALE, LAURA N. re additional authorities to support draft Reply in support of Motion to Strike the Declaration of James Tuton | |
| 6/22/2009 | $8.75 | Westlaw Research by HALE, LAURA N. re cases for Reply in support of Motion to Strike Tuton Declaration | |
| 6/22/2009 | $20.95 | Westlaw Research by JEWELL, LINDSAY A.; re cases cited in Defendant's Motion to Strike Declaration | |
| 7/10/2009 | $85.47 | Westlaw Research by LONG, FRANK. re outline legal issues relating to damage claims and proof of same | |
| ~~7/24/2009~~ | ~~$0.00~~ | ~~Westlaw Research by HAY, TOM~~ | |
| 7/24/2009 | $91.13 | Westlaw Research by MCGRATH,DORN re authorities and filings from other case decided by Judge Martone | |
| 7/24/2009 | $190.10 | Westlaw Research by NJOKU, LISA; re precedent on procurement disputes involving state contracts to determine if they follow Federal case law form Court of Federal Claims, GAO or Boards of Contract Appeals | |
| 7/30/2009 | $20.44 | Westlaw Research by HOOPER, DANA re Lanham Act case law regarding interstate commerce requirement | |
| 7/31/2009 | $11.72 | Westlaw Research by AGNO, KATHLEEN re articles/chapters from the New York Law Journal, Internet and Online Law, and Federal Unfair Competition: Lanham Act (for F. Long) | |
| 7/31/2009 | $20.85 | Westlaw Research by LONG, FRANK re research into jurisdiction defense based on "in commerce" requirement | |
| 7/31/2009 | $121.23 | Westlaw Research by HOOPER, DANA re Lanham Act interstate commerce requirements | |
| 8/5/2009 | $5.33 | Westlaw Research by COMPTON, KATHERINE | |
| 9/1/2009 | $117.00 | Westlaw Research by DUBAY, JENNIFER M. re case law relating to ATS response to Redflex discovery requests and to support positions to take in demand letter to ATS regarding same | |
| 9/3/2009 | $50.41 | Westlaw Research by MACKEY, MARIAN re ATS litigation history in other states, including Florida | |
| 9/4/2009 | $75.17 | Westlaw Research by HOOPER, DANA re unclean hands defenses based on ATS's proposals and re issues for deposition of D. Ingberman | |
| 9/8/2009 | $19.60 | Westlaw Research by LONG, FRANK re case law for outline of issues for summary judgment; expand research into materiality as requirement for claim | |
| 9/8/2009 | $25.58 | Westlaw Research by LOLLIS, SUE to pull case requested by F. Long for summary judgment research | |
| ~~9/10/2009~~ | ~~$0.00~~ | ~~Westlaw Research by DYCKMAN, MICHAEL~~ | ID |
| 9/21/2009 | $864.96 | Lexis Research: 09/21/09 by KEYES KRISTIN to Shepardize cases for F. Long's Lanham Act false advertising claims outline | |
| 9/21/2009 | $17.50 | Westlaw Research by KEYES, KRISTIN re cases for F. Long's Lanham Act false advertising claims outline | |
| 9/21/2009 | $44.83 | Westlaw Research by DYCKMAN, MICHAEL re lawsuits filed throughout the United States against American Traffic Solutions since the year 2002 (D. Hooper) | |
| ~~9/25/2009~~ | ~~$0.00~~ | ~~Westlaw Research by KEYES, KRISTIN~~ | ID |
| 9/28/2009 | $0.03 | Lexis Research: 09/28/09 LEXIS LEGAL SERVICES Requested by AGNO KATHLEEN Ref: 116656.010200 re cite check and blue book citations in outline of false advertising cases (for F. Long) | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 9/28/2009 | $1.25 | Lexis Research: 09/28/09 LEXIS LEGAL SERVICES Requested by AGNO KATHLEEN Ref: 116656.010200 re cite check and blue book citations in outline of false advertising cases (for F. Long) | |
| 9/28/2009 | $9.86 | Lexis Research: 09/28/09 LEXIS LEGAL SERVICES Requested by AGNO KATHLEEN Ref: 116656.010200 re cite check and blue book citations in outline of false advertising cases (for F. Long) | |
| 9/28/2009 | $91.52 | Westlaw Research by AGNO, KATHLEEN re cite check and blue book citations in outline of false advertising cases (for F. Long) | |
| 10/5/2009 | $138.95 | Westlaw Research by HOOPER, DANA re narrowing scope of lawsuit to 11 jurisdictions and issues re Defendants' First Set of Requests for Admissions | |
| 10/9/2009 | $25.71 | Westlaw Research by DYCKMAN, MICHAEL re Cases discussing sole-source contracts and the Lanham Act (for F. Long) | |
| 10/12/2009 | $523.68 | Westlaw Research by HOOPER, DANA re standing and material misrepresentations related to defenses to false advertising claim, confidentiality of discovery, and issues related to motion to compel | |
| 10/26/2009 | $50.25 | Westlaw Research by PAPPAS, KATHERINE L. re case law and statutes of limitations with respect to section 43(a)(1)(B) of the Lanham Act | |
| 10/28/2009 | $0.01 | Lexis Research: 10/28/09 SHEPARD'S SERVICE Requested by KEYES KRISTIN Ref: 116656.010200 re case law re Lanham Act and applicable statute of limitations for seven additional jurisdictions | |
| 10/28/2009 | $115.50 | Westlaw Research by PAPPAS, KATHERINE L for additional case law re Lanham Act and applicable statute of limitations for seven additional jurisdictions | |
| 10/29/2009 | $0.00 | Lexis Research: 10/29/09 LEXIS LEGAL SERVICES Requested by NJOKU, LISA C Ref: 116656.010200 | ID |
| 10/29/2009 | $0.00 | Lexis Research: 10/29/09 LEXIS LEGAL SERVICES Requested by NJOKU, LISA C Ref: 116656.010200 | ID |
| 10/29/2009 | $0.00 | Lexis Research: 10/29/09 LEXIS LEGAL SERVICES Requested by KEYES KRISTIN Ref: 116656.010200 | ID |
| 10/29/2009 | $2.50 | Westlaw Research by PAPPAS, KATHERINE L. for statute of limitations research re additional jurisdictions | |
| 10/29/2009 | $13.75 | Westlaw Research by NJOKU, LISA . for statute of limitations research re additional jurisdictions | |
| 10/29/2009 | $31.25 | Westlaw Research by KEYES, KRISTIN . for statute of limitations research re additional jurisdictions | |
| 10/30/2009 | $25.00 | Westlaw Research by PAPPAS, KATHERINE L. for cases interpreting statute of limitations and laches defenses | |
| 11/6/2009 | $95.36 | Westlaw Research by DYCKMAN, MICHAEL for Ninth Circuit Principles of Lanham Act Standing for false advertising cases (for F. Long) | |
| 11/9/2009 | $0.50 | VENDOR: Accurint INVOICE#: 1008203-20091130 DATE: 11/30/2009 Advanced People Search on Nov 9 2009 2:25PM - Re: JOSH WEISS search for articles online or press releases related to ATS and re criminal conviction history for James Tuton or Adam Tuton. (for | |
| 11/9/2009 | $0.50 | VENDOR: Accurint INVOICE#: 1008203-20091130 DATE: 11/30/2009 Advanced People Search on Nov 9 2009 2:25PM - Re: JOSH WEISS SCOTTSDALE AZ, search for articles online or press releases related to ATS and re criminal conviction history for James Tuton or | |
| 11/9/2009 | $1.00 | VENDOR: Accurint INVOICE#: 1008203-20091130 DATE: 11/30/2009 People At Work Search on Nov 9 2009 2:21PM - Re: JOSH WEISS AMERICAN TRAFFIC SOLUTIONS AZ, search for articles online or press releases related to ATS and re criminal conviction history for | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---:|---|---|
| 11/9/2009 | $7.00 | VENDOR: Accurint INVOICE#: 1008203-20091130 DATE: 11/30/2009 Comprehensive Business Report on Nov 9 2009 2:22PM - Re: 453768370, search for articles online or press releases related to ATS and re criminal conviction history for James Tuton or Adam Tuto | |
| 11/11/2009 | $136.00 | Lexis Research: 11/11/09 LEXIS LEGAL SERVICES Requested by WILMOT FRANK H Ref: 116656.010200 re cite check and case law updates for Lanham Act (for F. Long) | |
| 11/11/2009 | $3.75 | Westlaw Research by PAPPAS, KATHERINE L. re FRCP Rule 36 to support objections to RFAs | |
| 11/11/2009 | $16.26 | Westlaw Research by WILMOT, FRANK re cite check and case law updates for Lanham Act (for F. Long) | |
| 11/11/2009 | $41.14 | Westlaw Research by MORRIS, SARAH E. for accuracy of case citations and copies of cases requested (for F. Long) | |
| 11/12/2009 | $12.20 | Westlaw Research by LONG, FRANK re authorities cited in revised statute of limitations analysis | |
| 11/12/2009 | $56.00 | Westlaw Research by GOTTLIEB, STACEY F. re case law relating to supplemental discovery responses | |
| 11/25/2009 | $15.95 | Westlaw Research by PAPPAS, KATHERINE L. for case law re agency and imputation of notice to principal | |
| 11/25/2009 | $292.24 | Westlaw Research by MITCHLER, NATHAN T. re motion for summary judgment arguments re standing for false advertising claim | |
| 11/26/2009 | $12.50 | Westlaw Research by PAPPAS, KATHERINE L. re preservation of statute of limitations defenses | |
| 11/27/2009 | $229.30 | Westlaw Research by MITCHLER, NATHAN T. re standing for false advertising claim and support for motion for summary judgment | |
| 11/27/2009 | $274.13 | Westlaw Research by MANDEL, ROBERT A. re authorities to support summary judgment motion | |
| 11/28/2009 | $5.00 | Westlaw Research by PAPPAS, KATHERINE L. for additional authorities re preservation of statute of limitations defenses | |
| 11/28/2009 | $105.14 | Westlaw Research by MANDEL, ROBERT A. re authorities to support summary judgment motion | |
| 11/28/2009 | $506.84 | Westlaw Research by MITCHLER, NATHAN T re standing for false advertising claims and case law for motion for summary judgment | |
| 11/29/2009 | $44.00 | Westlaw Research by MITCHLER, NATHAN T. re standing for false advertising claim | |
| 11/29/2009 | $46.25 | Westlaw Research by PAPPAS, KATHERINE L. re false advertising element of materiality for Summary Judgment Motion and preparation of deposition questions | |
| 12/1/2009 | $11.25 | Westlaw Research by MITCHLER, NATHAN T. re citations to support draft outline re standing issues for motion for summary judgment | |
| 12/1/2009 | $513.46 | Westlaw Research by MANDEL, ROBERT A. re cases on standing for motion for summary judgment | |
| 12/2/2009 | $7.50 | Westlaw Research by JEWELL, LINDSAY A re materiality element for memorandum and motion for summary judgment | |
| 12/3/2009 | $87.60 | Westlaw Research by MITCHLER, NATHAN T. re motion for summary on competitive injury | |
| 12/4/2009 | $26.25 | Westlaw Research by MITCHLER, NATHAN T. re laches with respect to false advertising claims and materiality arguments for motion for summary judgment | |
| 12/6/2009 | $49.47 | Westlaw Research by MANDEL, ROBERT A. re authorities to support arguments in motion for summary judgment | |
| 12/7/2009 | $61.20 | Westlaw Research by MITCHLER, NATHAN T. re laches, injury and damages arguments for motion for summary judgment | |
| 12/8/2009 | $27.50 | Westlaw Research by MITCHLER, NATHAN T. re regarding injury requirement for false advertising claim | |
| 12/8/2009 | $48.50 | Westlaw Research by MANDEL, ROBERT A. re authorities to support arguments in motion for summary judgment (12/10/2010) | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 12/9/2009 | $7.50 | Westlaw Research by HOOPER, DANA re support for Response to ATS' Motion to Quash Subpoena and Deposition Notice and Cross Motion to Strike Dr. Ingberman as an Expert Witness | |
| 12/10/2009 | $213.20 | Westlaw Research by MITCHLER, NATHAN T. re possible Daubert motion with respect to M. Keeling | |
| 12/11/2009 | $0.25 | VENDOR: Accurint INVOICE#: 1008203-20091231 DATE: 12/30/2009  Person Search on Dec 11 2009  5:12PM for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/11/2009 | $0.25 | VENDOR: Accurint INVOICE#: 1008203-20091231 DATE: 12/30/2009  Person Search on Dec 11 2009  7:51PM for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/11/2009 | $5.50 | VENDOR: Accurint INVOICE#: 1008203-20091231 DATE: 12/30/2009  Flat Rate Comprehensive Report on Dec 11 2009  5:12PM for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/11/2009 | $5.50 | VENDOR: Accurint INVOICE#: 1008203-20091231 DATE: 12/30/2009  Flat Rate Comprehensive Report on Dec 11 2009  7:51PM for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/11/2009 | $9.38 | Lexis Research: 12/11/09 PREMIUM NEWS SERVICE Requested by NJOKU  LISA  C Ref: 116656.010200 for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/11/2009 | $159.00 | Lexis Research: 12/11/09 LEXIS PUBLIC RECORDS Requested by NJOKU  LISA  C Ref: 116656.010200 for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/11/2009 | $210.35 | Westlaw Research by MITCHLER, NATHAN T re grounds for exclusion of expert witness | |
| 12/11/2009 | $332.30 | Westlaw Research by NJOKU, LISA for J. WALSH Re DANIEL E INGBERMAN testimony, court references, employment, publications, and quotations in the news | |
| 12/12/2009 | $136.37 | Westlaw Research by MANDEL, ROBERT A. re "single" customer standing cases for summary judgment motion | |
| 12/13/2009 | $310.72 | Westlaw Research by MANDEL, ROBERT A. re authorities to support arguments in motion for summary judgment | |
| 12/13/2009 | $418.85 | Westlaw Research by MITCHLER, NATHAN T. re authorities to support arguments in motion for summary judgment | |
| 12/14/2009 | $2.50 | Westlaw Research by HALE, LAURA N. re certification for motion for summary judgment | |
| 12/14/2009 | $161.95 | Westlaw Research by MANDEL, ROBERT A. re authorities to support arguments in motion for summary judgment | |
| 12/14/2009 | $188.57 | Westlaw Research by HOOPER, DANA re support for motion for reconsideration and extension of dispositive motion deadline in connection with motion to quash Dr. Ingberman's deposition notice, summary judgment arguments, and discovery requests to ATS | |
| 12/14/2009 | $1,069.05 | Westlaw Research by MITCHLER, NATHAN T. re additional authorities to support standing, causation and materiality arguments for motion for summary judgment | |
| 12/15/2009 | $126.25 | Westlaw Research by MITCHLER, NATHAN T.  re local municipal codes relating to protest of contract awards for various jurisdictions for motion for summary judgment | |
| 12/16/2009 | $5.00 | Westlaw Research by MITCHLER, NATHAN T. re additional authorities to support standing, causation and materiality arguments for motion for summary judgment | |
| 12/16/2009 | $68.45 | Westlaw Research by GOTTLIEB, STACEY F. re authorities relating to FCC and IACP issues for motion for summary judgment | |
| 12/18/2009 | $356.00 | Westlaw Research by MITCHLER, NATHAN T. re unjust enrichment, tortious interference, and standing issues for motion for motion for summary judgment | NLA |
| 12/23/2009 | $70.70 | Westlaw Research by MITCHLER, NATHAN T. re Judge Martone's decisions on Daubert motions and 9th Circuit Daubert standard for exclusion of experts | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 12/24/2009 | $106.10 | Westlaw Research by MITCHLER, NATHAN T. re additional 9th Circuit case law re Daubert standard for excluding of experts and issues re evidence from jurisdictions for false advertising claims | |
| 12/30/2009 | $65.74 | Westlaw Research by HOOPER, DANA for standards and authorities re 30(b)(6) deposition notice, motion for leave to enlarge number of depositions, motion to seal exhibits and deposition notices for out-of-state declarants | |
| 1/5/2010 | $289.50 | Westlaw Research by GOTTLIEB, STACEY F. re cases discussing evidentiary support required for motion for summary judgment on Lanham Act claims | |
| 1/6/2010 | $78.75 | Westlaw Research by GOTTLIEB, STACEY F re 30(b)(6) deposition issues and authorities re reply in support of motion for leave to take additional depositions and for opposition to motion to strike | |
| 1/7/2010 | $674.43 | Westlaw Research by MITCHLER, NATHAN T. re issues relating to motion to expand number of depositions and order re same | |
| 1/8/2010 | $48.10 | Westlaw Research by JEWELL, LINDSAY A. re federal law and court rules concerning admissions of declarations in lieu of live testimony at trial | |
| 1/9/2010 | $65.50 | Westlaw Research by GOTTLIEB, STACEY F. re issues for 30(b)(6) deposition | |
| 1/10/2010 | $36.00 | Westlaw Research by GOTTLIEB, STACEY F. re authorities to support response to motion to strike | |
| 1/11/2010 | $0.02 | Lexis Research: 01/11/10 LEXIS LEGAL SERVICES Requested by LOLLIS, SUE Ref: 116656.010200 for articles by Daniel Ingberman published in Treatises referenced by Plaintiff's on their list of trial exhibits but not provided for review (for S. Gottlieb) | |
| 1/11/2010 | $16.18 | Lexis Research: 01/11/10 ELSEVIER SCIENCE SERVICE Requested by LOLLIS, SUE Ref: 116656.010200 for articles by Daniel Ingberman published in Treatises referenced by Plaintiff's on their list of trial exhibits but not provided for review (for S. Gottlieb) | |
| 1/11/2010 | $305.27 | Lexis Research: 01/11/10 LEXIS LEGAL SERVICES Requested by LOLLIS, SUE Ref: 116656.010200 for articles by Daniel Ingberman published in Treatises referenced by Plaintiff's on their list of trial exhibits but not provided for review (for S. Gottlieb) | |
| 1/19/2010 | $44.25 | Westlaw Research by MITCHLER, NATHAN T. re cases for memorandum regarding Daubert motion and Kumho exclusion of expert witnesses | |
| 1/20/2010 | $45.00 | Westlaw Research by GOTTLIEB, STACEY F. re support for response to motion to strike | |
| 1/20/2010 | $109.50 | Westlaw Research by MITCHLER, NATHAN T. re cases for memorandum regarding Daubert motion and Kumho exclusion of expert witnesses | |
| 1/21/2010 | $8.75 | Westlaw Research by MITCHLER, NATHAN T. re cases for memorandum regarding Daubert motion and Kumho exclusion of expert witnesses and opposition to ATS's motion to strike | |
| 1/21/2010 | $14.60 | Westlaw Research by GOTTLIEB, STACEY F. re cite check for filing response to motion to strike | |
| 1/22/2010 | $0.01 | Lexis Research: 01/22/10 SHEPARD'S SERVICE Requested by HANNON, TOM Ref: 116656.010200 re ATS's opposition to Redflex motion for summary judgment | |
| 1/22/2010 | $8.25 | Lexis Research: 01/22/10 LEXIS LEGAL SERVICES Requested by HANNON, TOM Ref: 116656.010200 re ATS's opposition to Redflex motion for summary judgment | |
| 1/22/2010 | $8.47 | Lexis Research: 01/22/10 SHEPARD'S SERVICE Requested by HANNON, TOM Ref: 116656.010200 re ATS's opposition to Redflex motion for summary judgment | |
| 1/22/2010 | $27.20 | Lexis Research: 01/22/10 LEXIS LEGAL SERVICES Requested by HANNON, TOM Ref: 116656.010200 re ATS's opposition to Redflex motion for summary judgment | |
| 1/22/2010 | $103.13 | Lexis Research: 01/22/10 LEXIS LEGAL SERVICES Requested by HANNON, TOM Ref: 116656.010200 re ATS's opposition to Redflex motion for summary judgment | |
| 1/22/2010 | $57.39 | Westlaw Research by HANNON, TOM re ATS's opposition to Redflex motion for summary judgment | |
| 1/22/2010 | $134.60 | Westlaw Research by MITCHLER, NATHAN T re issues for Daubert / Kumho motion and ATS's opposition to Redflex motion for summary judgment | |

| DATE | AMOUNT | NARRATIVE | CODE |
|------|--------|-----------|------|
| 1/25/2010 | $84.20 | Westlaw Research by MITCHLER, NATHAN T. re cases cited in and arguments for reply to ATS response to motion for summary judgment and controverting statement of facts | |
| 1/26/2010 | $15.90 | Westlaw Research by HAY, TOM request to provide Shepard's Summary of citations for list of provided court decisions re motion for protective order (for F. Long) | |
| 1/28/2010 | $11.25 | Westlaw Research by LONG, FRANK re standards for protective orders in the 9th Circuit | |
| 1/28/2010 | $233.40 | Westlaw Research by JEWELL, LINDSAY A. re Ninth Circuit case law and Federal Practice & Procedure treatise concerning limits to the scope of protective orders. | |
| 2/2/2010 | $9.30 | Westlaw Research by LONG, FRANK re case law on standing when alleged competitive injury is speculative | |
| 2/3/2010 | $18.00 | Westlaw Research by MITCHLER, NATHAN T. re ATS response to motion for summary judgment and controverting statement of facts | |
| 2/4/2010 | $87.16 | Westlaw Research by MANDEL, ROBERT A. re authorities for reply in support of motion for summary judgment | |
| 2/6/2010 | $76.85 | Westlaw Research by GOTTLIEB, STACEY F re authorities for reply in support of motion for summary judgment and standards for controverting evidence | |
| 2/7/2010 | $232.90 | Westlaw Research by MANDEL, ROBERT A re authorities for reply on summary judgment (2/5/2010) | |
| 2/8/2010 | $126.00 | Westlaw Research by MITCHLER, NATHAN T. re law regarding standard for controverting evidence provided in support of motion for summary judgment (1.3) | |
| 2/9/2010 | $58.75 | Westlaw Research by MITCHLER, NATHAN T re law regarding standard for controverting evidence provided in support of motion for summary judgment | |
| 2/10/2010 | $35.88 | Westlaw Research by MANDEL, ROBERT A. re LR Civ. 56.1 requirements and arguments for reply memorandum in further support of summary judgment motion | |
| 2/10/2010 | $88.70 | Westlaw Research by MITCHLER, NATHAN T. re case law regarding false advertising claims involving public procurement contracts and standard for controverting evidence provided in support of motion for summary judgment | |
| 2/11/2010 | $16.62 | Westlaw Research by WILMOT, FRANK to cite check case citation for (F. Long) | |
| 2/11/2010 | $26.25 | Westlaw Research by PAPPAS, KATHERINE L. re case law re agency and imputation of notice to principal for reply in support of motion for summary judgment | |
| 2/11/2010 | $347.75 | Westlaw Research by MITCHLER, NATHAN T. re authorities relating to motion for leave to submit demonstrative aids and additional exhibits | |
| 2/19/2010 | $6.25 | Westlaw Research by HAWKINS, NANCY re possible Noerr Pennington issue | |
| 2/24/2010 | $123.20 | Westlaw Research by MITCHLER, NATHAN T. re most accepted methods of presenting evidence to support Daubert motions | |
| 2/25/2010 | $564.95 | Westlaw Research by MITCHLER, NATHAN T. re most accepted methods of presenting evidence to support Daubert motions | |
| 2/28/2010 | $103.50 | Westlaw Research by MITCHLER, NATHAN T. re admissibility of new expert affidavits in support of a motion to exclude an expert witness under Daubert | |
| 2/28/2010 | $1,704.13 | Westlaw Research by MANDEL, ROBERT A. re authorities discussing "but for" world and reports of Dr. Ingberman in other litigation and relevant damages decisions | |
| 3/1/2010 | $7.50 | Westlaw Research by MITCHLER, NATHAN T re admissibility of on-testifying expert opinion in support of a Daubert motion | |
| 3/2/2010 | $14.60 | Westlaw Research by MITCHLER, NATHAN T. re support for additional Daubert motion arguments | |
| 3/2/2010 | $58.89 | Westlaw Research by MANDEL, ROBERT A. re authorities in support of draft Daubert motions | |
| 3/3/2010 | $332.93 | Westlaw Research by MANDEL, ROBERT A re authorities in support of draft Daubert motions, including but not limited to damages analysis literature | |
| 3/4/2010 | $17.50 | Westlaw Research by PAPPAS, KATHERINE L. re availability of attorneys' fees in Lanham Act false advertising cases | |
| 3/4/2010 | $33.20 | Westlaw Research by MANDEL, ROBERT A. re authorities for various arguments in support of Daubert motions | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 3/7/2010 | $4.50 | Westlaw Research by MANDEL, ROBERT A. re authorities for various arguments in support of Daubert motions | |
| 3/7/2010 | $12.20 | Westlaw Research by MITCHLER, NATHAN T re motion to invalidate ATS's confidential and AEO designations | |
| 3/8/2010 | $156.81 | Westlaw Research by MANDEL, ROBERT A re authorities for various arguments in support of Daubert motions | |
| 3/12/2010 | $183.92 | Westlaw Research by MANDEL, ROBERT A. re authorities for various arguments in support of Daubert motions | |
| 3/14/2010 | $4.50 | Westlaw Research by MANDEL, ROBERT A. re treatises and case law for Daubert standard in lost profits cases and "but for" world analysis | |
| 3/15/2010 | $48.00 | Westlaw Research by KEYES, KRISTIN for Ninth Circuit decisions excluding or upholding the exclusion of an expert's testimony based on inferences drawn on experience alone and re admissibility of expert's opinion on an element of a Lanham Act claim an opi | |
| 3/16/2010 | $2.50 | Westlaw Research by MITCHLER, NATHAN T. re authorities relating to draft motion requesting withdrawal of October 22 Protective | |
| 3/16/2010 | $76.25 | Westlaw Research by KEYES, KRISTIN re foundational requirements for expert to validate or verify underlying premise of opinions and exclusion of expert opinions on ultimate issues of law (for F. Long) | |
| 3/17/2010 | $28.75 | Westlaw Research by KEYES, KRISTIN for Ninth Circuit decisions on whether non-scientific expert has sufficient skill or knowledge to meet Daubert standards, whether testimony based on inferences is admissible and admissibility of expert's opinion on ulti | |
| 3/18/2010 | $12.50 | Westlaw Research by MITCHLER, NATHAN T. re materials for expert witnesses re Daubert motions | |
| 3/18/2010 | $15.18 | Westlaw Research by MANDEL, ROBERT A. re CV and most recent published article by potential expert for support of Daubert motions | |
| 3/18/2010 | $28.00 | Westlaw Research by GOTTLIEB, STACEY F re cases to support potential motions in limine based on motions granted in 9th Circuit Lanham Act cases | |
| 3/18/2010 | $44.35 | Westlaw Research by HANNON, TOM for Ninth Circuit decisions on whether non-scientific expert has sufficient skill or knowledge to meet Daubert standards, whether testimony based on inferences is admissible and admissibility of expert's opinion on ultimate | |
| 3/19/2010 | $114.50 | Westlaw Research by GOTTLIEB, STACEY F. re motions in limine and standard orders for joint pretrial statements | |
| 3/21/2010 | $110.47 | Westlaw Research by MANDEL, ROBERT A. re additional authorities for Daubert motions | |
| 3/22/2010 | $14.65 | Westlaw Research by MANDEL, ROBERT A. re additional authorities for Daubert motions | |
| 3/23/2010 | $179.10 | Westlaw Research by MCGRATH, DORN. | |
| 3/24/2010 | $0.00 | Lexis Research: 03/24/10 LEXIS LEGAL SERVICES Requested by HAY, TOM Ref: 116656.010200 | ID |
| 3/24/2010 | $0.00 | Lexis Research: 03/24/10 LEXIS LEGAL SERVICES Requested by HAY, TOM Ref: 116656.010200 | ID |
| 3/24/2010 | $0.00 | Lexis Research: 03/24/10 LEXIS LEGAL SERVICES Requested by HAY, TOM Ref: 116656.010200 | ID |
| 3/25/2010 | $0.00 | Westlaw Research by MCGRATH, DORN. | ID |
| 3/26/2010 | $1.55 | Westlaw Research by WILMOT, FRANK cite check for authorities in draft Memorandum of Law re expert witness testimony (for F. Long) | |
| 3/26/2010 | $189.99 | Westlaw Research by LOLLIS, SUE re Research articles and book chapters referenced in Defendant's Motion to Exclude Daniel Ingberman's Proposed Damages Testimony | |
| 3/28/2010 | $4.50 | Westlaw Research by MANDEL, ROBERT A. re additional case law regarding "but for" world arguments for Daubert motion and cases providing applicable analogies | |
| 3/29/2010 | $10.26 | Westlaw Research by MCGRATH, DORN | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 3/29/2010 | $463.33 | Westlaw Research by MITCHLER, NATHAN T re Lanham Act damage calculation requirements for "but for" methodology | |
| 3/30/2010 | $49.16 | Westlaw Research by MANDEL, ROBERT A. re pattern jury instructions for false advertising and related claims | |
| 3/30/2010 | $169.40 | Westlaw Research by MITCHLER, NATHAN T. re FCC regulations re marketing of radio frequency devices for Daubert Motion | |
| 4/4/2010 | $4.50 | Westlaw Research by MANDEL, ROBERT A. re ATS's motion to suspend Rule 26(f) requirements | |
| 4/5/2010 | $81.00 | Westlaw Research by MITCHLER, NATHAN T. re issues relating to enforcement of trial subpoenas for in-state witness no longer employed by jurisdiction | |
| 4/5/2010 | $121.67 | Westlaw Research by HOOPER,DANA re imputation of knowledge from employee to company | |
| 4/7/2010 | $9.28 | Westlaw Research by DYCKMAN,MICHAEL re Ninth Circuit cases re foundation for manager to testify as to the knowledge of the company (for D. Hooper) | |
| 4/8/2010 | $73.90 | Westlaw Research by GOTTLIEB,STACEY F. re imputation issues and support for motions in limine | |
| 4/11/2010 | $4.50 | Westlaw Research by MANDEL, ROBERT A. re memorandum in support of Daubert motion | |
| 4/12/2010 | $427.29 | Westlaw Research by MITCHLER, NATHAN T. re exclusion of expert testimony for failure to reach conclusion on quantum of damages for Daubert motion | |
| 4/13/2010 | $1,018.26 | Westlaw Research by MITCHLER, NATHAN T. re additional authorities regarding exclusion of expert testimony for failure to determine final conclusion for Daubert motion | |
| 4/15/2010 | $9.38 | Lexis Research: 04/15/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/15/2010 | $27.58 | Lexis Research: 04/15/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/15/2010 | $44.03 | Lexis Research: 04/15/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/15/2010 | $301.86 | Lexis Research: 04/15/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/15/2010 | $216.64 | Westlaw Research by MANDEL, ROBERT A re jury instructions and related case law | |
| 4/15/2010 | $234.46 | Westlaw Research by HOOPER,DANA re case law in support of evidentiary objections and motion in limine re unfairly prejudicial references to "illegal radar" in | |
| 4/16/2010 | $1.26 | Lexis Research: 04/16/10 LEXIS LEGAL SERVICES Requested by AGNO, KATHLEEN Ref: 116656.010200 re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/16/2010 | $1.99 | Lexis Research: 04/16/10 SHEPARD'S SERVICE Requested by AGNO, KATHLEEN Ref: 116656.010200 re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/16/2010 | $22.95 | Lexis Research: 04/16/10 AUTO-CITE SERVICE Requested by AGNO, KATHLEEN Ref: 116656.010200 re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/16/2010 | $27.76 | Lexis Research: 04/16/10 LEXIS LEGAL SERVICES Requested by AGNO, KATHLEEN Ref: 116656.010200 re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/16/2010 | $49.54 | Lexis Research: 04/16/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200  re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---:|---|---|
| 4/16/2010 | $65.63 | Lexis Research: 04/16/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/16/2010 | $79.11 | Lexis Research: 04/16/10 LEXIS LEGAL SERVICES Requested by AGNO, KATHLEEN Ref: 116656.010200 re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/16/2010 | $135.74 | Lexis Research: 04/16/10 LEXIS LEGAL SERVICES Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/16/2010 | $308.34 | Lexis Research: 04/16/10 SHEPARD'S SERVICE Requested by AGNO, KATHLEEN Ref: 116656.010200 re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/16/2010 | $1,364.42 | Lexis Research: 04/16/10 INFORMATION & TRAINING SERVICE Requested by MITCHLER, NATHAN Ref: 116656.010200 re motions in limine regarding exclusion of collateral civil actions and exclusion of expert testimony by lay witness | |
| 4/16/2010 | $228.04 | Westlaw Research by AGNO,KATHLEEN re Ninth Circuit decisions involving the exclusion of conclusory expert testimony in Lanham Act cases (for F. Long) | |
| 4/17/2010 | $52.60 | Westlaw Research by MITCHLER, NATHAN T. re motion in limine regarding exclusion of reference to size and wealth of law firm and jury instructions for false advertising claims | |
| 4/19/2010 | $291.31 | Westlaw Research by HOOPER,DANA re objections to preclude mischaracterization of consent decree and other settlement related evidence in preparation for motion in limine and/or bench brief | |
| 4/19/2010 | $389.60 | Westlaw Research by MITCHLER, NATHAN T re motion in limine regarding exclusion of expert testimony by lay witness and citation to unpublished legal opinions | |
| 4/19/2010 | $511.25 | Westlaw Research by GOTTLIEB,STACEY F re motion in limine to preclude mischaracterization of consent decree as admission of guilt or violation of law and other anticipated evidentiary objections | |
| 4/20/2010 | $32.05 | Westlaw Research by MITCHLER, NATHAN T. re citations to secondary sources, and case law for motion to exclude damages testimony of D. Ingberman | |
| 4/20/2010 | $361.95 | Westlaw Research by HOOPER,DANA re cases to support motions in limine re exclusion of prejudicial terminology used to malign witness and re objections to testimony regarding corporate knowledge by lay witness | |
| 4/22/2010 | $18.05 | Westlaw Research by MITCHLER, NATHAN T. re authorities discussing jury instructions for false advertising and potential motion in limine to exclude expert testimony by lay witnesses | |
| 4/22/2010 | $93.59 | Westlaw Research by HOOPER,DANA re authorities to support motions in limine | |
| 4/23/2010 | $38.45 | Westlaw Research by GOTTLIEB,STACEY F. re additional authorities to support evidentiary objections or motion in limine to preclude mischaracterization of consent decree | |
| 4/23/2010 | $421.57 | Westlaw Research by MITCHLER, NATHAN T re case citations for proposed jury instructions | |
| 4/24/2010 | $28.20 | Westlaw Research by MITCHLER, NATHAN T. re additional case citations for proposed jury instructions | |
| 4/25/2010 | $4.50 | Westlaw Research by MANDEL, ROBERT A. re revised proposed jury instructions and related case law | |
| 4/25/2010 | $128.55 | Westlaw Research by MITCHLER, NATHAN T. re additional case citations for proposed jury instructions | |
| 4/26/2010 | $5.60 | Westlaw Research by MITCHLER, NATHAN T. re cite check citations for proposed jury instructions | |
| 4/26/2010 | $236.21 | Westlaw Research by HOOPER,DANA re objections to use of consent decree, impeachment issues relating to requests for admissions, and jury instructions used in Lanham Act cases, including discussion of the definition of willfulness | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 4/27/2010 | $87.25 | Westlaw Research by MITCHLER, NATHAN T. re cases to support opposition to ATS's motion in limine to exclude reference to DPS and administrative materials and re propriety of issuing subpoena to opposing party's expert | |
| 4/27/2010 | $190.40 | Westlaw Research by HORVATH,ROBBI for cases cited in Plaintiff's and Defendant's pretrial pleadings (E. Conner) | |
| 4/28/2010 | $61.97 | Westlaw Research by MACKEY,MARIAN. re cases to support opposition to ATS's motion in limine | |
| 4/28/2010 | $527.15 | Westlaw Research by MITCHLER, NATHAN T. re cases to support opposition to ATS's motion in limine to exclude reference to DPS and administrative materials and re propriety of issuing subpoena to opposing party's expert to avoid calling own expert | |
| 4/29/2010 | $5.60 | Westlaw Research by GOTTLIEB,STACEY F. re authorities cited in trial memoranda | |
| 4/29/2010 | $518.90 | Westlaw Research by MITCHLER, NATHAN T. re additional cases re subpoena of opposing party's expert and related motion to quash | |
| 4/30/2010 | $5.60 | Westlaw Research by CONNER,ELIZABETH authorities cited in trial memoranda and motions in limine to assist attorneys with hearing preparation. | |
| 4/30/2010 | $25.85 | Westlaw Research by MITCHLER, NATHAN T. re authorities for motion to quash subpoena of S. Clarke | |
| 4/30/2010 | $161.76 | Westlaw Research by HOOPER,DANA re cases for Pretrial Conference and authority re attorneys' eyes only designations for financial documents | |
| 5/1/2010 | $2,241.06 | Westlaw Research by HOOPER,DANA re Judge Martone's rulings on Daubert Motions and other matters on appeal to Ninth Circuit | |
| 5/2/2010 | $642.78 | Westlaw Research by HOOPER,DANA re judge's gate keeping function related to Daubert issues | |
| 5/2/2010 | $421.76 | Westlaw Research by MANDEL, ROBERT A. ; re Daubert gatekeeper function and fair trial requirements | |
| 5/3/2010 | $843.20 | Westlaw Research by HOOPER,DANA re absence of federal or local rule imposing deadline for Daubert motions and cases supporting motion to reconsider Daubert issues; research re mandamus of issues to Ninth Circuit | |
| 5/3/2010 | $60.47 | Westlaw Research by MANDEL, ROBERT A. re authorities to support motion for reconsideration of Daubert motions and re lack of federal or local deadline for brining Daubert motions | |
| 5/3/2010 | $15.80 | Westlaw Research by MITCHLER, NATHAN T. re authorities for motion to reconsider | |
| 5/3/2010 | $106.70 | Westlaw Research by LOLLIS,SUE for Ninth Circuit or Arizona District court case holding that Daubert Motions can be filed shortly before trial or during trial | |
| 5/4/2010 | $6.47 | Lexis Research: 05/04/10 LEXIS LEGAL SERVICES Requested by LOLLIS, SUE Ref: 116656.010200 for research re Ninth Circuit or Arizona District court case holding that Daubert Motions can be filed shortly before trial or during trial | |
| 5/4/2010 | $121.95 | Lexis Research: 05/04/10 LEXIS LEGAL SERVICES Requested by LOLLIS, SUE Ref: 116656.010200 re Ninth Circuit or Arizona District court case holding that Daubert Motions can be filed shortly before trial or during trial | |
| 5/4/2010 | $38.00 | Westlaw Research by HOOPER,DANA re appeal of denial of Daubert motion | |
| 5/4/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/5/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/6/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/7/2010 | $64.00 | Westlaw Research by GOTTLIEB,STACEY F. re willfulness standard and non-party at fault theory/instruction in 9th Circuit | |
| 5/7/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/7/2010 | $73.36 | Westlaw Research by MITCHLER, NATHAN T. re jury instructions and standard for finding willfulness in Lanham Act cases | |
| 5/8/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/9/2010 | $6.30 | Westlaw Research by MANDEL, ROBERT Are evidentiary issues relating to trial exhibits | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 5/10/2010 | $140.08 | Westlaw Research by HOOPER,DANA re imputation of knowledge from subsidiary to parent company and from parent to subsidiary and unclean hands defense related to ATS's false advertising | |
| 5/10/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/10/2010 | $62.20 | Westlaw Research by KEYES,KRISTIN for additional authorities to limit scope of imputation of knowledge doctrine (for D. Hooper) | |
| 5/11/2010 | $127.43 | Westlaw Research by HOOPER,DANA re imputation of knowledge between subsidiary and parent companies and factors for defense of willfulness allegations re Lanham Claim | |
| 5/11/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/11/2010 | $70.60 | Westlaw Research by KEYES,KRISTIN re willfulness instruction and imputation issues | |
| 5/12/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/12/2010 | $408.70 | Westlaw Research by KEYES,KRISTIN for cases cited in Plaintiff's and Defendant's Jury Instructions (for D. Hooper) | |
| 5/13/2010 | $269.85 | Westlaw Research by GOTTLIEB,STACEY F. re issues relating to independent counsel for lay witnesses | |
| 5/13/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/13/2010 | $18.05 | Westlaw Research by MITCHLER, NATHAN T. re element of deception of final jury instructions | |
| 5/14/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/15/2010 | $44.00 | Westlaw Research by HOOPER,DANA re cases discussing defenses to materiality and deception elements of Lanham Act for comparisons to 11 jurisdictions | |
| 5/15/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/16/2010 | $31.43 | Westlaw Research by MANDEL, ROBERT A. re FCC certification issues | |
| 5/17/2010 | $69.25 | Westlaw Research by HOOPER,DANA re plaintiff's objections to defendant's trial exhibits | |
| 5/17/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/18/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/19/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/20/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/21/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/22/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/22/2010 | $14.00 | Westlaw Research by MITCHLER, NATHAN T re jury instructions and Rule 50 motion re willfulness and likely deception standard | |
| 5/23/2010 | $6.30 | Westlaw Research by MANDEL, ROBERT A. re FCC certification matters | |
| 5/23/2010 | $234.20 | Westlaw Research by MITCHLER, NATHAN T re materiality for motion for directed verdict | |
| 5/24/2010 | $13.00 | Westlaw Research by HOOPER,DANA re FCC licensing related to Request for Proposal and other case law in preparation for cross examination of M. Keeling and case referenced by A. Foster | |
| 5/24/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/24/2010 | $6.85 | Westlaw Research by MITCHLER, NATHAN T. | |
| 5/25/2010 | $412.00 | Westlaw Research by HOOPER,DANA re admissibility and possible objections re exhibits for direct examination of L. Himmelstein | |
| 5/25/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/26/2010 | $2.27 | Lexis Research: 05/26/10 LEXIS LEGAL SERVICES Requested by KEYES, KRISTIN Ref: 116656.010200 to pull cases re attorneys' fees to prevailing party in Lanham Act, Tortious Interference, Unjust Enrichment matters | NLA |
| 5/26/2010 | $9.38 | Lexis Research: 05/26/10 LEXIS LEGAL SERVICES Requested by KEYES, KRISTIN Ref: 116656.010200 to pull cases re attorneys' fees to prevailing party in Lanham Act, Tortious Interference, Unjust Enrichment matters | NLA |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 5/26/2010 | $0.03 | Lexis Research: 05/26/10 LEXIS LEGAL SERVICES Requested by KEYES, KRISTIN Ref: 116656.010200 to pull cases re attorneys' fees to prevailing party in Lanham Act, Tortious Interference, Unjust Enrichment matters | NLA |
| 5/26/2010 | $185.60 | Westlaw Research by HOOPER,DANA re availability of attorneys' fees to prevailing party on Lanham Act, Tortious Interference, Unjust Enrichment claims | NLA |
| 5/26/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/26/2010 | $86.05 | Westlaw Research by MITCHLER, NATHAN T. re additional authorities to support requested jury instructions for Lanham Act | |
| 5/26/2010 | $19.00 | Westlaw Research by KEYES,KRISTIN to pull cases re attorneys' fees to prevailing party in Lanham Act, Tortious Interference, Unjust Enrichment matters (for D. Hooper) | NLA |
| 5/27/2010 | $84.60 | Westlaw Research by GOTTLIEB,STACEY F re authorities to support proposed correction to jury instruction re discount rate for future damages | |
| 5/27/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 5/27/2010 | $221.00 | Westlaw Research by MITCHLER, NATHAN T. | |
| 5/28/2010 | $18.75 | Lexis Research: 05/28/10 SHEPARD'S SERVICE Requested by HORVATH, ROBBI J Ref: 116656.010200 to pull cases involving recovery of attorneys fees in Lanham Act false advertising matters where defendant is prevailing party (for F. Long) | |
| 5/28/2010 | $10.88 | Lexis Research: 05/28/10 LEXIS LEGAL SERVICES Requested by HORVATH, ROBBI J Ref: 116656.010200 to pull cases involving recovery of attorneys fees in Lanham Act false advertising matters where defendant is prevailing party (for F. Long) | |
| 5/28/2010 | $1.80 | Westlaw Research by MANDEL, ROBERT A. re federal and local rules regarding fee applications and bills of cost | |
| 5/28/2010 | $28.35 | Westlaw Research by HORVATH,ROBBI to pull cases involving recovery of attorneys fees in Lanham Act false advertising matters where defendant is prevailing party (for F. Long) | |
| 5/29/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/1/2010 | $12.74 | Lexis Research: 06/01/10 LEXIS LEGAL SERVICES Requested by HOOPER, DANA Ref: 116656.010200 re authorities supporting award of attorneys' fees to defendant where plaintiff's claims lack evidentiary support | |
| 6/1/2010 | $240.39 | Lexis Research: 06/01/10 LEXIS LEGAL SERVICES Requested by HOOPER, DANA Ref: 116656.010200 re standard for attorneys' fees for prevailing party in Lanham Act | |
| 6/6/2010 | $6.30 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/7/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/8/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/9/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/9/2010 | $136.16 | Westlaw Research by WILMOT,FRANK re Ninth Circuit cases that provide the standard for "reasonable" attorneys' fees in the context of a false advertising claim under 43(a) of the Lanham Act U.S.C. § 1125(a) (for D. Hooper) | |
| 6/9/2010 | $230.20 | Westlaw Research by HOOPER,DANA re motion for attorneys' fees and non-taxable | |
| 6/10/2010 | $1.80 | Westlaw Research by MANDEL, ROBERT A. | |
| 6/10/2010 | $17.51 | Westlaw Research by AGNO,KATHLEEN for Ninth Circuit cases reversing denial of a reward of attorneys' fees (D. Hooper) | |
| 6/10/2010 | $79.51 | Westlaw Research by HOOPER,DANA re Ninth Circuit standard for reasonableness for attorneys' fees and costs | |
| 6/11/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/11/2010 | $156.07 | Westlaw Research by LOLLIS,SUE to pull cases from pleading resources to prepare Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs (for D. Hooper) | |
| 6/12/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/13/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |

| DATE | AMOUNT | NARRATIVE | CODE |
|---|---|---|---|
| 6/14/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/14/2010 | $40.97 | Westlaw Research by DYCKMAN,MICHAEL re Ninth Circuit cases that set out the definition and standard for groundless, unreasonable and vexatious in the context of a motion for attorneys' fees for a claim under section 43(a) of the Lanham Act (for D. Hooper) | |
| 6/14/2010 | $92.70 | Westlaw Research by GOTTLIEB,STACEY F. re cases outside of Ninth Circuit interpreting "exceptional" case standards for obtaining attorneys' fees on Lanham Act claims | |
| 6/14/2010 | $323.91 | Westlaw Research by HOOPER,DANA re additional cases discussing definitions of groundless, unreasonable and vexatious conduct warranting award of attorneys' fees | |
| 6/15/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/15/2010 | $16.58 | Westlaw Research by DYCKMAN,MICHAEL re Ninth Circuit or Arizona District Court cases regarding binding nature of admission in a 30(b)(6) deposition (for D. Hooper) | |
| 6/15/2010 | $100.25 | Westlaw Research by GOTTLIEB,STACEY F. re cases outside of Ninth Circuit relating to award of attorneys' fees to defendants under Lanham Act exceptional case requirement | |
| 6/15/2010 | $214.20 | Westlaw Research by HOOPER,DANA re entitlement and eligibility for attorneys fees where plaintiff engaged in history of forum shopping and other vexatious conduct | |
| 6/16/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/16/2010 | $5.60 | Westlaw Research by HOOPER,DANA re cases relating to reasonableness of attorneys fees for Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees | |
| 6/17/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/18/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| 6/19/2010 | $1.80 | Westlaw clip service set up by MANDEL, ROBERT A re cases relating to FCC issues | |
| Original Total | $ 45,890.20 | | |
| New Total | $43,719.39 | | |
| Difference | $ 2,170.81 | | |